## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) ABP PROPERTIES, LLC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CASE NO. |
| | ) | |
| 1) EMCASCO INSURANCE COMPANY, | ) | **REMOVED FROM OKLAHOMA COUNTY** |
| | ) | **CASE NO. CJ-2025-2609** |
| | ) | **JUDGE ANDREWS** |
| DEFENDANT. | ) | |

## NOTICE OF REMOVAL

**COMES NOW** the Defendant, EMCASCO Insurance Company (hereinafter "EMCASCO"), and pursuant to 28 U.S.C. §§ 1441 and 1446 files this Notice of Removal of the above-titled action from the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma, insofar as this Court has original jurisdiction based upon diversity of citizenship of the parties hereto and the amount in controversy, pursuant to 28 U.S.C. § 1332.

## STATEMENT OF GROUNDS FOR REMOVAL

1.    ABP Properties, LLC is a domestic limited liability company organized under the laws of the State of Oklahoma and having its principal place of business within the State of Oklahoma, (*see* Exh. 1, Petition, at ¶ 1), the sole member of which is domiciled within and hence a citizen of the State of Oklahoma, by reason of which ABP Properties is a citizen of the State of Oklahoma.

2.      EMCASCO Insurance Company is a corporation organized and existing under the laws of the State of Iowa and which has its principal place of business within the State of Iowa, and it is therefore a citizen of the State of Iowa.

3.      On April 17, 2025, Plaintiff filed a Petition against EMCASCO in the District Court in and for Oklahoma County, State of Oklahoma, seeking judgment against EMCASCO "in an amount in excess $75,000.00". (*See* Ex. 1, Petition, at ₱₱ 35, 47.)

4.      On November 24, 2025, Plaintiff's Petition was served upon Defendant EMCASCO Insurance Company.

5.      This Notice of Removal is filed within thirty (30) days of service of the Petition upon Defendant EMCASCO, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

6.      There are no other Defendants named in this lawsuit, and thus none from whom consent for removal is required per 28 U.S.C. § 1446(b)(2)(A).

7.      The United States District Court for the Western District of Oklahoma embraces Oklahoma County, where the State court action is pending. *See* 28 U.S.C. § 116(a).

8.      This Court has jurisdiction because of the complete diversity of citizenship of the parties hereto, and the sufficiency of the amount in controversy, pursuant to 28 U.S.C. 1332(a)(1).

9.      In accordance with 28 U.S.C. § 1446(a) and LCvR 81.2, copies of all documents served upon Defendant EMCASCO in the case to date are attached hereto as Exhibit 1; a copy of all other documents filed or served in this lawsuit are attached hereto

as Exhibit 2; and a copy of the State District Court Docket Sheet is attached hereto as Exhibit 3.

WHEREFORE, PREMISES CONSIDERED, EMCASCO Insurance Company, Defendant herein, hereby files this Notice of the removal of the above-styled lawsuit from the District Court in and for Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

*s/Phil R. Richards*

Phil R. Richards, OBA #10457
MCAFEE & TAFT
Williams Center Tower II
2 West 2nd Street, Suite 1100
Tulsa, Oklahoma  74103
Telephone: 918/587.0000
Facsimile: 918/599.9317
Email: phil.richards@mcafeetaft.com

**ATTORNEY FOR DEFENDANT
EMCASCO INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

J. Drew Houghton, Esq. – dhoughton@merlinlawgroup.com
Micah B. Cartwright, Esq. – mcartwright@merlinlawgroup.com
MERLIN LAW GROUP

**ATTORNEYS FOR PLAINTIFF**

Additionally, pursuant to 28 U.S.C. § 1446(d), true and correct copies of the Notice of Removal were mailed, first class, U.S. Mail, proper postage prepaid thereon to the following:

Rick Warren
Oklahoma County Courthouse
320 Robert S. Kerr Ave.
Oklahoma City, Oklahoma 73102

*s/Phil R. Richards*