*1061568599*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

APR 1 7 2025

RICK WARREN
COURT CLERK

42_____

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

ABP PROPERTIES LLC,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )    Case No. **CJ-2025-2609**
                                   )
EMCASCO INSURANCE COMPANY,         )
                                   )
        Defendant.                 )

### PETITION

**COMES NOW** the Plaintiff, ABP Properties LLC (hereinafter "ABP" and/or "Plaintiff"),

and for its causes of action against Defendant, EMCASCO Insurance Company (hereinafter

referred to as "EMC" and/or "Defendant"), hereby alleges and states as follows:

### STATEMENT OF FACTS

1.      Plaintiff is an entity organized under the laws of Oklahoma with its principal place of

business in Oklahoma County, Oklahoma.  Plaintiff has an insurable interest in the

properties located at 14000 Parkway Commons Drive, Oklahoma City, Oklahoma 73134

and 13900 Wireless Way, Oklahoma City, Oklahoma 73134 (hereinafter referred to as the

"Properties" and/or "Covered Properties").

2.      Defendant is a foreign insurance company incorporated under the laws of the state of Iowa,

doing business in the State of Oklahoma.  It is registered to engage in the business of

insurance in the State of Oklahoma, and it may be served with process through the

Oklahoma Insurance Department located at 400 NE 50th St., Oklahoma City, OK 73105.

```
┌─────────────┐
│  EXHIBIT    │
│             │
│     1       │
└─────────────┘
```

3.    Plaintiff entered into a contract for insurance with Defendant to provide coverage for its Properties. Defendant originally issued the commercial policy of insurance, Policy No. 6A0-63-39 (hereinafter the "Policy") on June 26, 2019, with subsequent renewals to the Plaintiff. More specifically, the Policy at issue herein was in effect from November 15, 2022 through June 26, 2023 (hereinafter the "Policy Period"). A complete copy of the Policy provided by Defendant is attached hereto as Exhibit 1, attached.

4.    The Policy provides, *inter alia*, in pertinent part as follows:

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM

#### A. COVERAGE

"We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss."

##### 1. Covered Property

"Covered Property, as used in this Coverage Part, means the type of property described in this section, A.1...."

a. **Building**, meaning the building or structure described in the Declarations...."

\*\*\*

##### 2. Covered Causes Of Loss
"See applicable Causes Of Loss form as shown in the Declarations."

#### CAUSES OF LOSS – SPECIAL FORM

**A.** "When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy."

\*\*\*

#### G. Definitions

\*\*\*

2

**2.** '"Specified causes of loss' means the following: ...; windstorm or hail; ... water damage."

## COMMERCIAL PROPERTY CONDITIONS

\*\*\*

**D. LEGAL ACTION AGAINST US**
"No one may bring a legal action against us under this Coverage Part unless:

\*\*\*

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

Exhibit 1, Policy.

5. During the Policy Period, the Covered Properties were severely damaged as a direct result of a Covered Cause of Loss.

6. Specifically, on or about April 19, 2023, Plaintiff's Covered Properties were severely damaged by a windstorm or hail event.

7. On or about December 10, 2023, Hardworking Roofing & Construction ("HWR&C") prepared a Commercial Roof Inspection report, which included photos taken on November 22, 2023. The report noted "immediate deficiencies".

8. On or about December 29, 2023, HWR&C prepared a Commercial Roof Inspection report which included the November 22, 2023, photos. The report noted "signs of hail impacts".

9. Plaintiff timely and properly submitted a claim to Defendant for the direct physical loss of or damage to Covered Properties incurred due to a Covered Cause of Loss occurring during the Policy Period and provided Defendant with HWR&C's Commercial Roof Inspection Report.

10. On or about September 12, 2024, Signature Adjustment Group ("SAG"), at the request and direction of Defendant, inspected the Covered Properties.

11. On September 12, 2024, Defendant sent Plaintiff its *Notice in reservation of rights* letter, which stated: "EMCASCO Insurance Company affords coverage under a Building and Personal Property Coverage Form CP0010 (10/12) with Causes of Loss – Special Form CP1030 (09/17), and endorsement CP1036 Limitation On Coverage for Roof Surfacing, policy number 6A0-63-39, with effective dates 11/15/2022 through 06/26/2023." Defendant assigned a date of loss of April 19, 2023, and assigned a claim number of Z01855877.

12. On or about October 17, 2024, Nelson Forensics, LLC, at the request of EMC, performed an investigation of Covered Properties. Nelson Forensics submitted its Engineer Report to EMC on October 30, 2024.

13. On or about December 16, 2024, HVACi, at the request of EMC, prepared an Assessment Report for Covered Property 14000 Parkway Commons Drive finding "10 of 13 Systems Damaged" recommending "Repair 1 System, Replace 9 Systems", Cause of Loss: "Hail".

14. On or about January 15, 2025, SAG, at the request of EMC, prepared an Estimate for "Loc 3, Bldg 1" (14000 Parkway Commons Drive) determining the replacement cost value of the roof was **$539,294.97**. After deduction for depreciation, the actual cash value total was **$400,649.29**. *See* Exhibit 2, attached.

15. On or about February 3, 2025, HWR&C submitted a Revised Estimate to Defendant for 14000 Parkway Commons Drive determining the replacement cost value of the roof and HVAC units consistent with the HVACi findings was **$692,255.01**. *See* Exhibit 3, attached.

16. On or about February 14, 2025, EMC prepared an Estimate for only "Loc 3, Bldg 1" (14000 Parkway Commons Drive) determining the replacement cost value of the roof and some

4

copper work was **$518,287.39** and after deduction for the deductible and recoverable depreciation the actual cash value total was **$477,358.08**. *See* Exhibit 4, attached.

17.    On or about February 24, 2025, HWR&C submitted a Revised Estimate to Defendant for 13900 Wireless Way determining the replacement cost value of the roof was **$207,122.90**. *See* Exhibit 5, attached.

18.    On March 13, 2025, EMC sent a coverage determination letter to Plaintiff claiming, *inter alia*, there is no coverage for "roof and interior damages" at 13900 Wireless Way because the damage "was caused by hail event that occurred prior to the start of our policy coverage". EMC also sent a claim payment of **$445,503.27** for damage to 14000 Parkway Commons Drive. *See* Exhibit 6, attached.

19.    Defendant wrongfully denied coverage and payment for damages to 13900 Wireless Way, and Defendant wrongfully underpaid the cost of damages for 14000 Parkway Commons Drive.

20.    Defendant represented to Plaintiff it would conduct itself in accordance with Oklahoma law and would fully and faithfully investigate and pay claims. Plaintiff relied on said representations.

## FIRST CAUSE OF ACTION:
## BREACH OF CONTRACT

21.    Plaintiff adopts and incorporates by reference all allegations set forth above as if fully plead herein, and for further claims against the Defendant alleges as follows:

22.    Plaintiff entered into a contract for insurance with Defendant to provide coverage for the Properties, business loss or interruption, and business personal property.

23.    At all times material hereto, the Policy, Policy No. 6A06339, was in full force and effect.

24. Plaintiff provided timely and proper notice of its claim for all covered damages resulting from the Covered Cause of Loss during the Policy Period.

25. Plaintiff has complied with the terms, conditions precedent, and conditions subsequent under the Policy.

26. As to the Covered Cause of Loss that underlies Plaintiff's claim, Defendant retained Signature Adjustment Group, LLC to investigate Plaintiff's claim, and SAG in turn hired Nelson Forensics and HVACi to inspect Plaintiff's Properties.

27. Defendant accepted SAG's and Nelson Forensics' findings even though it knew or should have known they were inconsistent and/or contrary to the Policy issued by Defendant to Plaintiff.

28. Defendant rejected HVACi's findings even though it knew or should have known that doing so was inconsistent and/or contrary to the Policy issued by Defendant to Plaintiff.

29. Based on an improper investigation and inspection of the loss by Defendant and/or Defendant's representatives, Defendant wrongfully concluded there was no coverage for "roof and interior damages" at 13900 Wireless Way because the damage "was caused by hail event that occurred prior to the start of our policy coverage" while undervaluing the covered damages across the street at 14000 Parkway Commons Drive.

30. As a result, the Defendant has failed to timely and properly pay for direct physical loss of or damage to Covered Property under the Policy.

31. By failing to fully indemnify Plaintiff for damages covered by the Policy and by failing to pay Plaintiff all benefits owed, Defendant has breached its contractual obligations under the terms and conditions of the Policy with Plaintiff.

32. Defendant's conduct is the proximate cause of Plaintiff's damages.

6

33. As a result of the Defendant's breach of contract, Plaintiff has sustained financial losses.

34. Pursuant to 12 O.S. § 3629(B), Plaintiff is entitled to attorneys' fees, costs and statutory interest at the rate of 15% per annum.

35. As a result of Defendant's breach of contract and other wrongful conduct, Plaintiff has been damaged in an amount in excess of $75,000.00, exclusive of attorneys' fees, costs and interest.

## SECOND CAUSE OF ACTION: FAILURE TO ACT IN GOOD FAITH & WITH FAIR DEALING

36. Plaintiff adopts and incorporates by reference all allegations set forth above as if fully plead herein, and for further claims against the Defendant alleges as follows:

37. Defendant owes a duty to Plaintiff to deal fairly and act in good faith.

38. Defendant breached the duty to deal fairly and act in good faith by failing to timely and properly investigate, evaluate, and/or pay Plaintiff's claim.

39. Defendant's obligations to Plaintiff arise from both express written terms under the Policy as well as implied obligations under Oklahoma law.

40. Defendant's conduct is a material breach of the terms and conditions of the insurance contract entered into with Plaintiff and constitutes bad faith.

41. Despite Defendant and/or Defendant's representatives identifying covered damages, including hail-impact related damages to roofs, HVAC units and appurtenances, Defendant failed to pay for all of the direct physical loss of or damage to Plaintiff's Covered Properties.

42. Defendant's denial of Plaintiff's claim is based in whole or in part on an improper determination that Covered Damages occurred outside the Policy Period on an unspecified date.

7

43. Defendant's misrepresentations of the terms of the Policy constitute a violation of Defendant's obligation to treat Plaintiff in good faith and fairly under Oklahoma law.

44. Defendant owes for all direct physical loss of or damage to Covered Property resulting from a Covered Cause of Loss not otherwise limited or excluded by the express terms of the Policy.

45. Defendant ignored direct physical loss of or damage to Covered Property under the Policy for Defendant's own financial gain.

46. As a direct and proximate result of Defendant's failure to deal fairly and in good faith, Plaintiff's claim was unnecessarily delayed; inadequately investigated by incompetent, unqualified, and biased individuals; and wrongfully underpaid. Said actions resulted in additional profits and a financial windfall to Defendant, to the damage and detriment of Plaintiff.

47. As a result of Defendant's conduct, Plaintiff has sustained financial losses and has been damaged in an amount in excess of $75,000.00, exclusive of attorneys' fees, costs and interest.

48. The conduct of Defendant was intentional, willful, malicious, and in reckless disregard to the rights of Plaintiff, and said conduct is sufficiently egregious in nature to warrant the imposition of punitive damages.

49. The amount of punitive damages sought to be recovered is in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

50. Plaintiff further alleges Defendant benefited from increased financial benefits and ill-gotten gains as a direct result of the intentional and wrongful conduct described above, which resulted in further damage to Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE**, premises considered, the Plaintiff prays for judgment against Defendant as follows:

a.     Payment of all contractual benefits for all coverages afforded to Plaintiff under the subject Policy resulting from the Covered Cause of Loss during the Policy Period, together with interest on all amounts due;

b.     Payment of all consequential damages resulting from EMC's breach of contract;

c.     Disgorgement of the increased financial benefits derived by EMC as a direct result of EMC's wrongful or intentional, willful, malicious and/or reckless conduct;

d.     Payment of damages resulting from EMC's failure to treat Plaintiff in good faith and with fair dealing;

e.     Entry of a punitive damages award against EMC; and

f.     Pre-judgment and post-judgment interest, costs, attorneys' fees, and any other relief deemed equitable and just.

Respectfully submitted,

J. Drew Houghton, OBA #18080
Micah B. Cartwright, OBA #32745
**MERLIN LAW GROUP, PLLC**
One Leadership Square
211 N. Robinson Ave, Suite 210
Oklahoma City, OK 73102
Phone: (405) 218-1105
Fax:    (405) 218-1106
dhoughton@merlinlawgroup.com
mcartwright@merlinlawgroup.com
*Attorneys for Plaintiff*

**ATTORNEYS' LIEN CLAIMED**
**JURY TRIAL DEMANDED**

9

1



EMCASCO INSURANCE COMPANY                                      PRIOR POLICY: 6A0-63-39


C O M M E R C I A L   P R O P E R T Y   D E C L A R A T I O N S

```
                                    *-------------------------------*
POLICY PERIOD: FROM 06/26/22  TO  06/26/23    *        POLICY NUMBER         *
                                    *   6 A 0 - 6 3 - 3 9---23   *
                                    *-------------------------------*
     N A M E D   I N S U R E D :          P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ABP PROPERTIES LLC                        MESSER-BOWERS COMPANY
STE 101                                   6701 N BROADWAY STE 201
14100 PARKWAY COMMONS DR                  OKLAHOMA CITY OK 73116-8237
OKLAHOMA CITY OK 73134-6036


                                          AGENT: BL 6142
     DIRECT BILL                          AGENT PHONE: (405)840-4351
                                          CLAIM REPORTING: (888)362-2255
                                          SERVICING CARRIER: (316)352-5700
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THIS POLICY RENEWAL IS OFFERED CONTINGENT UPON THE RECEIPT OF PAYMENT
WHICH IS DUE ON 07/26/22.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  INSURED IS:LLC                 BUSINESS DESC: PROPERTY OWNER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


          SEE ATTACHED SCHEDULE FOR DESCRIPTION OF LOCATIONS,
                 SPECIAL INTERESTS AND DEDUCTIBLES
          ------------------------------------------------
```

```
C O V E R A G E S   P R O V I D E D                P R E M I U M
------------------------------------------         --------------
  BUILDING                                         $     8,581.00
  BLANKET BUS INCOME-ALS-SPECIFIED LIMITS          $       400.00
  PROPERTY ELITE EXTENSION                         $       506.00
------------------------------------------         --------------
                           TOTAL PROPERTY PREMIUM  $     9,487.00
                                                   --------------
```

```
-----------------------------------------------------------------------
FORMS APPLICABLE:
CP0010(10/12)*, CP0030(10/12)*, CP0090(07/88)*, CP0140(07/06)*,
CP0321(10/12)*, CP1030(09/17)*, CP1036(10/12)*, CP1075(12/20)*,
CP7001A(02/12)*, CP7007.1(10/12)*, CP7173(12/19)*, CP7331(10/07)*,
CP7351(01/18)*, CP7358(02/17)*, CP8011(12/19)*, IL0017(11/98)*,
IL0174(07/05)*, IL0177(10/10)*, IL0179(10/02)*, IL0236(09/07)*,
IL0952(01/15)*, IL7004(03/20)*, IL7130A(04/01)*, IL7131A(04/01)*,
IL7306(08/98)*, IL7615(11/18)*, IL8383.2A(12/20)*, IL8384A(01/08)*
-----------------------------------------------------------------------
```

**EXHIBIT**

**1**

DATE OF ISSUE: 06/10/22    (BPP)
FORM: CP7000A ED. 2-12         06/26/22      068       CW      6A06339   2301



```
EMCASCO INSURANCE COMPANY                           POLICY NUMBER: 6A0-63-39---23

ABP PROPERTIES LLC                      EFF DATE: 06/26/22    EXP DATE: 06/26/23

            C O M M E R C I A L   P R O P E R T Y   P O L I C Y
                          D E C L A R A T I O N S
================================================================================
                          ENDORSEMENT SCHEDULE

              EDITION
    FORM       DATE    DESCRIPTION/ADDITIONAL INFORMATION             PREMIUM
-------------------------------------------------------------------------------
 *CP0010      10-12   BLDG & PERSONAL PROP. COVERAGE FORM
 *CP0030      10-12   BUS. INCOME & EXTRA EXPENSE COVERAGE
 *CP0090      07-88   COMMERCIAL PROPERTY CONDITIONS
 *CP0140      07-06   EXCL OF LOSS DUE TO VIRUS/BACTERIA
 *CP0321      10-12   WINDSTORM OR HAIL PERCNTG DEDUCTIBLE
 *CP1030      09-17   CAUSES OF LOSS SPECIAL FORM
 *CP1036      10-12   LIMITATION ON COV FOR ROOF SURFACING
                        LOC/BLDG: 001/001
                          Paragraph B Applies
                        LOC/BLDG: 002/001
                          Paragraph B Applies
 *CP1075      12-20   CYBER INCIDENT EXCLUSION
 *CP7001A     02-12   COMMERCIAL PROPERTY SCHEDULE
 *CP7007.1    10-12   COMM PROPERTY QUICK REFERENCE
 *CP7173      12-19   CANNABIS EXCLUSION
 *CP7331      10-07   BUSINESS INCOME ALS SPECIFIED LIMIT
 *CP7351      01-18   COMMERCIAL PROPERTY ELITE EXTENSION
 *CP7358      02-17   EQUIPMENT BREAKDOWN COVERAGE
 *CP8011      12-19   POLICYHOLDER NOTICE
 *IL0017      11-98   COMMON POLICY CONDITIONS
 *IL0174      07-05   OKLAHOMA CHANGES - APPRAISAL
 *IL0177      10-10   OKLAHOMA CHANGES
 *IL0179      10-02   OKLAHOMA NOTICE
 *IL0236      09-07   OK CHANGES - CANCELLATION/NONRENEWAL
 *IL0952      01-15   CAP/LOSSES/CERTIFD ACTS OF TERRORISM
 *IL7004      03-20   MUTUAL POLICY PROVISIONS
 *IL7130A     04-01   NAMED INSURED ENDORSEMENT
 *IL7131A     04-01   COMM'L POLICY ENDORSEMENT SCHEDULE
 *IL7306      08-98   EXCLUSION OF CERTAIN COMPUTER LOSSES
 *IL7615      11-18   OKLAHOMA COMPANY ELIMINATION
 *IL8383.2A   12-20   DISCL PURSUANT TERRSM RISK INS. ACT      $      51
 *IL8384A     01-08   TERRORISM NOTICE
```

```
DATE OF ISSUE: 06/10/22
 FORM: IL7131A (ED. 04-01)              068        CW        6A06339  2301
```



EMCASCO INSURANCE COMPANY
ABP PROPERTIES LLC

POLICY NUMBER: 6A0-63-39---23
EFF DATE: 06/26/22    EXP DATE: 06/26/23

T E R R O R I S M   N O T I C E

This insurance may include coverage for certified acts of terrorism as defined in the Terrorism Risk Insurance Act, as amended.

Attached you will find a disclosure, which identifies the specific charge for certified acts of terrorism.

YOU MAY HAVE THE OPTION TO REJECT THIS TERRORISM COVERAGE
-------------------------------------------------------------

For additional information, please contact your agent

DATE OF ISSUE: 06/10/22
FORM: IL8384A (01-08)                    068        CW        6A06339  2301


EMC
INSURANCE

EMCASCO INSURANCE COMPANY
ABP PROPERTIES LLC

POLICY NUMBER: 6A0-63-39---23
EFF DATE: 06/26/22    EXP DATE: 06/26/23

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

DISCLOSURE PURSUANT TO
TERRORISM RISK INSURANCE ACT
---------------------------------------------------------------------
SCHEDULE
Terrorism Premium (Certified Acts)  $51.00
---------------------------------------------------------------------

**A. Disclosure Of Premium:**
In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses:**
The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 80% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses:**
If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**The following statement is required to be part of the disclosure notice in MISSOURI:**
The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy. You should read the definition in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act. Some losses resulting from certified acts of terrorism are not covered. Read your policy and endorsements carefully.

INCLUDES COPYRIGHTED MATERIAL OF ISO PROPERTIES, INC. WITH ITS PERMISSION

DATE OF ISSUE: 06/10/22
FORM: IL8383.2A(12-20)                    068        CW        6A06339  2301



EMCASCO INSURANCE COMPANY

N A M E D   I N S U R E D   E N D O R S E M E N T

POLICY PERIOD:  FROM  06/26/22  TO  06/26/23
```
*---------------------------*
*       POLICY NUMBER       *
* 6 A 0 - 6 3 - 3 9---23 *
*---------------------------*
```

N A M E D   I N S U R E D :                    P R O D U C E R :

ABP PROPERTIES LLC                      MESSER-BOWERS COMPANY
STE 101                                 6701 N BROADWAY STE 201
14100 PARKWAY COMMONS DR                OKLAHOMA CITY OK 73116-8237
OKLAHOMA CITY OK 73134-6036


DIRECT BILL                             AGENT: BL 6142
                                        AGENT PHONE: (405)840-4351
                                        CLAIM REPORTING: (888)362-2255
                                        SERVICING CARRIER: (316)352-5700


T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
        P L E A S E   R E A D   I T   C A R E F U L L Y.

```
*-----------------------------------------------------------*
* ENDORSEMENT EFFECTIVE DATES: 06/26/22 TO 06/26/23 *
*-----------------------------------------------------------*
```
IT IS HEREBY AGREED AND UNDERSTOOD THAT THE NAMED INSURED
                IS AMENDED TO READ AS FOLLOWS:

    1ST NAMED INSURED:
    ABP PROPERTIES LLC

    NO. 02:
    360 DEVELOPMENT LLC

    NO. 03:
    360 REALTY HOLDINGS LLC


PLACE OF ISSUE: WICHITA, KS
DATE OF ISSUE: 06/10/22
FORM: IL7130A (ED. 04-01)                068      CW        6A06339  2301



```
EMCASCO INSURANCE COMPANY                              POLICY NO: 6A0-63-39---23
ABP PROPERTIES LLC                       EFF DATE: 06/26/22    EXP DATE: 06/26/23

              C O M M E R C I A L   P R O P E R T Y   S C H E D U L E
------------------------------------------------------------------------------------
 Loc No: 001      13900 WIRELESS WAY
                  OKLAHOMA CITY, OK
                  73134-2523

     Loc Description: 13900, 13916 AND 13924
                      WIRELESS WAY

     For Inspection Contact: LAUREN SHERMAN (405)808-1985

 Location Number 001
 Building Number 001

 Description:                              Occupancy:
 1 STORY MASON NON-COM BLDG               MEDICAL OFFICE
 IN PROTECTION CLASS 01

  Deductible Per Occurrence: $1,000 On All Covered Causes of Loss
      Except: 1% On Windstorm Or Hail
```

| Coverage | Limit of Insurance | Covered Causes Of Loss | Coin | Spec Int | Optional Coverages |
|---|---|---|---|---|---|
| BUILDING | $  1,236,556 | Special | 90% | | Replacement Cost<br>Inflation Guard 2%<br>Limitation on<br> Coverage for Roof<br> Surfacing |

```
 Loc No: 002      13832 WIRELESS WAY
                  OKLAHOMA CITY, OK
                  73134-2518


    For Inspection Contact: LAUREN SHERMAN (405)808-1985

 Location Number 002
 Building Number 001

 Description:                              Occupancy:
 1 STORY MASON NON-COM BLDG               CORPORATE OFFICES FOR OKLAHOMA
 IN PROTECTION CLASS 01                   SLEEP INSTITUTE

  Deductible Per Occurrence: $1,000 On All Covered Causes of Loss
      Except: 1% On Windstorm Or Hail




 Includes copyrighted material of ISO Properties, Inc. with its permission

 DATE OF ISSUE: 06/10/22      (BPP)                              (CONTINUED)
 FORM: CP7001A ED. 2-12       BPP      06/26/22      068      CW      6A06339  2301
```



PAGE NO:   2

EMCASCO INSURANCE COMPANY                          POLICY NO: 6A0-63-39---23
ABP PROPERTIES LLC                   EFF DATE: 06/26/22    EXP DATE: 06/26/23

C O M M E R C I A L   P R O P E R T Y   S C H E D U L E

| Coverage | Limit of Insurance | Covered Causes Of Loss | Coin | Spec Int | Optional Coverages |
|----------|--------------------|------------------------|------|----------|--------------------|
| BUILDING | $ 1,282,404 | Special | 90% | | Replacement Cost Inflation Guard 2% Limitation on Coverage for Roof Surfacing |

Includes copyrighted material of ISO Properties, Inc. with its permission

DATE OF ISSUE: 06/10/22     (BPP)                          (CONTINUED)
FORM: CP7001A ED. 2-12      BPP     06/26/22      068      CW      6A06339   2301


**EMC**
**INSURANCE**

PAGE NO:    3

| EMCASCO INSURANCE COMPANY | | POLICY NO: 6A0-63-39---23 |
|---|---|---|
| ABP PROPERTIES LLC | EFF DATE: 06/26/22 | EXP DATE: 06/26/23 |

C O M M E R C I A L    P R O P E R T Y    S C H E D U L E
-----------------------------------------------------------------------------

Miscellaneous Policy Level Coverages


Equipment Breakdown Endorsement                    See Coverage Form

Property Elite Extension                            See Coverage Form

Blanket Business Income Including Rental Value
  Actual Loss Sustained – Specified Limit               $300,000
  Maximum Period of Indemnity – 365 Days
  Deductible – 72 Hours on Business Income
-----------------------------------------------------------------------------

Includes copyrighted material of ISO Properties, Inc. with its permission

DATE OF ISSUE: 06/10/22      (BPP)
FORM: CP7001A ED. 2-12      BPP      06/26/22      068      CW      6A06339   2301

**EMC**
**INSURANCE**

```
EMCASCO INSURANCE COMPANY

              C H A N G E    E N D O R S E M E N T

                                      *---------------------------*
POLICY PERIOD:  FROM  06/26/22  TO  06/26/23   *      POLICY NUMBER     *
                                      * 6 A 0 - 6 3 - 3 9---23 *
                                      *---------------------------*
        N A M E D   I N S U R E D :        P R O D U C E R :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ABP PROPERTIES LLC                    MESSER-BOWERS COMPANY
STE 101                               6701 BROADWAY EXT STE 201
14100 PARKWAY COMMONS DR              OKLAHOMA CITY OK 73116-8213
OKLAHOMA CITY OK 73134-6036


                                      AGENT: BL 6142
    DIRECT BILL                       AGENT PHONE: (405)840-4351
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    T H I S   E N D O R S E M E N T   C H A N G E S   T H E   P O L I C Y.
              P L E A S E   R E A D   I T   C A R E F U L L Y.

------------------------------------------------------------------------

              *------------------------------------------------*
              * ENDORSEMENT EFFECTIVE DATES: 11/15/22 TO 06/26/23 *
              *------------------------------------------------*

IN CONSIDERATION OF THE PREMIUM CHARGED THE FOLLOWING CHANGES ARE
APPLICABLE TO THIS POLICY: SEE ATTACHED SCHEDULE
ADDED
LOCATION 003
14000 PARKWAY COMMONS DR
OKLAHOMA CITY, OK
73134-6114

MORTGAGEE 01
FIRST ENTERPRISE BANK
1000 W BRITTON RD
OKLAHOMA CITY, OK 73114-2708



------------------------------------------------------------------------


              ---------------------------------------
              ADDITIONAL PREMIUM:   $    4460.00
              ---------------------------------------




PLACE OF ISSUE: WICHITA, KS
DATE OF ISSUE: 11/15/22          COUNTERSIGNED BY:              (CONTINUED)
FORM: IL1201A (ED. 01-86)                068      KP        6A06339   2302
```



PAGE 2

```
EMCASCO INSURANCE COMPANY                        POLICY NO:  6A0-63-39---23
ABP PROPERTIES LLC                    EFF DATE: 06/26/22    EXP DATE: 06/26/23
```

C H A N G E   E N D O R S E M E N T
C O N T I N U E D

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
FORMS APPLICABLE:
CP0010(10/12), CP0030(10/12), CP0090(07/88), CP0140(07/06),
CP0321(10/12), CP1030(09/17), CP1036(10/12), CP1075(12/20),
CP7001A(02/12)*, CP7007.1(10/12), CP7173(12/19), CP7331(10/07),
CP7351(01/18), CP7358(02/17), CP8011(12/19), CP9993(10/90)*,
IL0017(11/98), IL0174(07/05), IL0177(10/10), IL0179(10/02),
IL0236(09/07), IL0952(01/15), IL7004(03/20), IL7130A(04/01),
IL7131A(04/01)*, IL7306(08/98), IL7615(11/18), IL8383.2A(12/20),
IL8384A(01/08)
```

Refer to prior distribution(s) for any forms not attached

```
PLACE OF ISSUE: WICHITA, KS
DATE OF ISSUE: 11/15/22           COUNTERSIGNED BY:
FORM:  IL1201A (ED.  01-86)              068      KP           6A06339   2302
```



```
EMCASCO INSURANCE COMPANY                        POLICY NUMBER: 6A0-63-39---23

ABP PROPERTIES LLC                   EFF DATE: 11/15/22    EXP DATE: 06/26/23

              C O M M E R C I A L    P R O P E R T Y    P O L I C Y
                       D E C L A R A T I O N S
================================================================================
                           ENDORSEMENT SCHEDULE

                 EDITION
     FORM        DATE     DESCRIPTION/ADDITIONAL INFORMATION           PREMIUM
     -----------------------------------------------------------------------------
     CP0010      10-12  BLDG & PERSONAL PROP. COVERAGE FORM
     CP0030      10-12  BUS. INCOME & EXTRA EXPENSE COVERAGE
     CP0090      07-88  COMMERCIAL PROPERTY CONDITIONS
     CP0140      07-06  EXCL OF LOSS DUE TO VIRUS/BACTERIA
     CP0321      10-12  WINDSTORM OR HAIL PERCNTG DEDUCTIBLE
     CP1030      09-17  CAUSES OF LOSS SPECIAL FORM
     CP1036      10-12  LIMITATION ON COV FOR ROOF SURFACING
                          LOC/BLDG: 001/001
                            Paragraph B Applies
                          LOC/BLDG: 002/001
                            Paragraph B Applies
                          LOC/BLDG: 003/001
                            Paragraph B Applies
     CP1075      12-20  CYBER INCIDENT EXCLUSION
    *CP7001A     02-12  COMMERCIAL PROPERTY SCHEDULE
     CP7007.1    10-12  COMM PROPERTY QUICK REFERENCE
     CP7173      12-19  CANNABIS EXCLUSION
     CP7331      10-07  BUSINESS INCOME ALS SPECIFIED LIMIT
     CP7351      01-18  COMMERCIAL PROPERTY ELITE EXTENSION
     CP7358      02-17  EQUIPMENT BREAKDOWN COVERAGE
     CP8011      12-19  POLICYHOLDER NOTICE
    *CP9993      10-90  TENTATIVE RATE
     IL0017      11-98  COMMON POLICY CONDITIONS
     IL0174      07-05  OKLAHOMA CHANGES - APPRAISAL
     IL0177      10-10  OKLAHOMA CHANGES
     IL0179      10-02  OKLAHOMA NOTICE
     IL0236      09-07  OK CHANGES - CANCELLATION/NONRENEWAL
     IL0952      01-15  CAP/LOSSES/CERTIFD ACTS OF TERRORISM
     IL7004      03-20  MUTUAL POLICY PROVISIONS
     IL7130A     04-01  NAMED INSURED ENDORSEMENT
    *IL7131A     04-01  COMM'L POLICY ENDORSEMENT SCHEDULE
     IL7306      08-98  EXCLUSION OF CERTAIN COMPUTER LOSSES
     IL7615      11-18  OKLAHOMA COMPANY ELIMINATION
     IL8383.2A   12-20  DISCL PURSUANT TERRSM RISK INS. ACT         $      114
     IL8384A     01-08  TERRORISM NOTICE




     DATE OF ISSUE: 11/15/22
     FORM: IL7131A (ED. 04-01)             068       KP          6A06339   2302
```



```
EMCASCO INSURANCE COMPANY                       POLICY NO: 6A0-63-39---23
ABP PROPERTIES LLC                  EFF DATE: 11/15/22  EXP DATE: 06/26/23

            C O M M E R C I A L    P R O P E R T Y    S C H E D U L E
------------------------------------------------------------------------------
Loc No: 003     14000 PARKWAY COMMONS DR
                OKLAHOMA CITY, OK
                73134-6114


    For Inspection Contact: LAUREN SHERMAN (405)808-1985

Location Number 003
Building Number 001

Description:                       Occupancy:
1 STORY NON-COMBUST BLDG           MEDICAL OFFICES AND
IN PROTECTION CLASS 01             SOFTWARE DEVELOPMENT COMPANY

  Deductible Per Occurrence: $1,000 On All Covered Causes of Loss
     Except: 1% On Windstorm Or Hail
```

|  | Limit of | Covered Causes | Coin | Spec Int | Optional |
| Coverage | Insurance | Of Loss |  |  | Coverages |
| --- | --- | --- | --- | --- | --- |
| BUILDING | $ 3,134,471 | Special | 90% | 001 | Replacement Cost |
|  |  |  |  |  | Inflation Guard 2% |
|  |  |  |  |  | Limitation on |
|  |  |  |  |  |  Coverage for Roof |
|  |  |  |  |  |  Surfacing |

```
                    Miscellaneous Policy Level Coverages


        Equipment Breakdown Endorsement              See Coverage Form

          Property Elite Extension                   See Coverage Form
------------------------------------------------------------------------------

                          Special Interest(s)

    001      Mortgagee
             FIRST ENTERPRISE BANK
             1000 W BRITTON RD
             OKLAHOMA CITY, OK 73114-2708



                           Total Premium For Changes  $        4,460.00
                    -----------------------------------------------------
```

Includes copyrighted material of ISO Properties, Inc. with its permission

```
DATE OF ISSUE: 11/15/22     (BPP)
FORM: CP7001A ED. 2-12      BPP      06/26/22      068       KP      6A06339  2302
```

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TENTATIVE RATE

The rates used in the development of the premium for the Commercial Property Coverage Part are tentative. We will adjust the premium effective from the inception date of this Coverage Part once the rates are promulgated. If this is a renewal of a policy previously issued by us, we will adjust the premium effective from the renewal date of this Coverage Part once the rates are promulgated.

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

© Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   (1) The lowest basement floor; or

   (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, n., does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   (1) Are licensed for use on public roads; or

   (2) Are operated principally away from the described premises.

   This paragraph does not apply to:

   (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011    CP 00 10 10 12

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 − $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 − $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

 © Insurance Services Office, Inc., 2011



**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) **Your Business Personal Property**

(a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

(i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

(ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(b) This Extension does not apply to:

(i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

(ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

(3) **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

© Insurance Services Office, Inc., 2011


**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

(2) Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

(2) If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(3) If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

(4) Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

(1) You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011
CP 00 10 10 12

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

(a) The trailer is used in your business;

(b) The trailer is in your care, custody or control at the premises described in the Declarations; and

(c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

(a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

(b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

(2) If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

(3) Coverage under this Extension:

(a) Will end 90 days after the business personal property has been placed in the storage unit;

(b) Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

(4) Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

(5) This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

© Insurance Services Office, Inc., 2011

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

1. Fire Department Service Charge;

2. Pollutant Clean-up And Removal;

3. Increased Cost Of Construction; and

4. Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

### D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### Example 1

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100

–    250

$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### Example 2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

### E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1. **Abandonment**

   There can be no abandonment of any property to us.

2. **Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. **Duties In The Event Of Loss Or Damage**

   a. You must see that the following are done in the event of loss or damage to Covered Property:

      (1) Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011



(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

 © Insurance Services Office, Inc., 2011

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

a. **Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

   © Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

When:

| | | |
|---|---|---|
| The value of the property is: | | $ 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | | $ 100,000 |
| The Deductible is: | $ | 250 |
| The amount of loss is: | $ | 40,000 |

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

When:

| | | |
|---|---|---|
| The value of the property is: | | $ 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | | $ 200,000 |
| The Deductible is: | $ | 250 |
| The amount of loss is: | $ | 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

 © Insurance Services Office, Inc., 2011



**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $ 100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $ 250,000 |

The Coinsurance percentage for it is: 90%

The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: $ 180,000

The Deductible is: $ 1,000

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    © Insurance Services Office, Inc., 2011    CP 00 10 10 12



**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

### Example

If:   The applicable Limit of Insurance is:   $ 100,000

The annual percentage increase is:   8%

The number of days since the beginning of the policy year (or last policy change) is:   146

The amount of increase is:
$100,000 x .08 x 146 ÷ 365 =   $   3,200

### 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

© Insurance Services Office, Inc., 2011



f. The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

4. **Extension Of Replacement Cost To Personal Property Of Others**

   a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

   b. With respect to replacement cost on the personal property of others, the following limitation applies:

   If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

   1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

   2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

CP 00 10 10 12

COMMERCIAL PROPERTY
CP 00 30 10 12

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(a)** The portion of the building which you rent, lease or occupy;

**(b)** The area within 100 feet of the building or within 100 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(c)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

© Insurance Services Office, Inc., 2011

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage, Interruption Of Computer Operations.

**c.** Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**d.** This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage, Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**(1)** Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

**(2)** The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

**(1)** Four consecutive weeks after the date of that action; or

**(2)** When your Civil Authority Coverage for Business Income ends;

whichever is later.

     © Insurance Services Office, Inc., 2011     CP 00 30 10 12

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

c. **Extended Business Income**

(1) **Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 60 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) **"Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 60 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

d. **Interruption Of Computer Operations**

(1) Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption Of Computer Operations.



(2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss. However, we will not provide coverage under this Additional Coverage when the Additional Limitation – Interruption Of Computer Operations does not apply based on Paragraph **A.4.d.** therein.

(3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

(b) If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Interruption Of Computer Operations, includes Collapse as set forth in that form.

(c) If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Interruption Of Computer Operations.

(d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Interruption Of Computer Operations, is $2,500 (unless a higher limit is shown in the Declarations) for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(5) This Additional Coverage, Interruption Of Computer Operations, does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location, unless a higher limit is shown in the Declarations.

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

© Insurance Services Office, Inc., 2011 CP 00 30 10 12



**(2)** 30 days expire after you acquire or begin to construct the property; or

**(3)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(7)** Cooperate with us in the investigation or settlement of the claim.

**(8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 3. Loss Determination

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. Resumption Of Operations

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

### 4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

a. We have reached agreement with you on the amount of loss; or

b. An appraisal award has been made.

## D. Additional Condition

### COINSURANCE

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times

2. The sum of:

a. The Net Income (Net Profit or Loss before income taxes), and

b. Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

© Insurance Services Office, Inc., 2011
CP 00 30 10 12



Instead, we will determine the most we will pay using the following steps:

Step (1): Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step (2): Divide the Limit of Insurance for the described premises by the figure determined in Step (1); and

Step (3): Multiply the total amount of loss by the figure determined in Step (2).

We will pay the amount determined in Step (3) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight – outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

(11) All payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example 1 (Underinsurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 150,000

The amount of loss is: $ 80,000

Step (1): $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $150,000 ÷ $200,000 = .75

Step (3): $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example 2 (Adequate Insurance)**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $ 400,000

The Coinsurance percentage is: 50%

The Limit of Insurance is: $ 200,000

The amount of loss is: $ 80,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.



b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

   (1) The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

   (2) The Limit Of Insurance shown in the Declarations.

### 2. Monthly Limit Of Indemnity

a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

   (1) The Limit of Insurance, multiplied by

   (2) The fraction shown in the Declarations for this Optional Coverage.

**Example**

| When: | The Limit of Insurance is: | $ 120,000 |
|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ 30,000 |
| | ($120,000 x 1/4 = $30,000) | |
| | If, in this example, the actual amount of loss is: | |
| | Days 1–30: | $ 40,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 90,000 |
| | We will pay: | |
| | Days 1–30: | $ 30,000 |
| | Days 31–60: | $ 20,000 |
| | Days 61–90: | $ 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

### 3. Business Income Agreed Value

a. To activate this Optional Coverage:

   (1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

     (a) During the 12 months prior to the date of the Work Sheet; and

     (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

   (2) The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

     (a) The Coinsurance percentage shown in the Declarations; multiplied by

     (b) The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

b. The Additional Condition, Coinsurance, is suspended until:

   (1) 12 months after the effective date of this Optional Coverage; or

   (2) The expiration date of this policy;

   whichever occurs first.

c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

   (1) Within 12 months of the effective date of this Optional Coverage; or

   (2) When you request a change in your Business Income Limit of Insurance.

d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

   (1) The Business Income Limit of Insurance; divided by

   (2) The Agreed Value.

**Example**

| When: | The Limit of Insurance is: | $ 100,000 |
|---|---|---|
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

Step (1): $100,000 ÷ $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

### 4. Extended Period Of Indemnity

Under Paragraph **A.5.c., Extended Business Income**, the number 60 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

© Insurance Services Office, Inc., 2011
CP 00 30 10 12



**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   a. Begins:

      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

      caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or

      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   b. Continuing normal operating expenses incurred in connection with that premises, including:

      (1) Payroll; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   a. The slowdown or cessation of your business activities; or

   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

© Insurance Services Office, Inc., 2011

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.



**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

    Copyright, ISO Commercial Risk Services, Inc., 1983, 1987    CP 00 90 07 88

COMMERCIAL PROPERTY
CP 01 40 07 06

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

 **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

 **2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

CP 01 40 07 06

© ISO Properties, Inc., 2006

POLICY NUMBER:

**COMMERCIAL PROPERTY**
CP 03 21 10 12

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

### SCHEDULE

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage – Enter 1%, 2% Or 5% |
|---|---|---|
| | | % |
| | | % |
| | | % |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) Of Insurance are shown in the Declarations.

### WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS

**A. Calculation Of The Deductible – All Policies**

1.  A Deductible is calculated separately for, and applies separately to:

    **a.** Each building that sustains loss or damage;

    **b.** The personal property at each building at which there is loss or damage to personal property; and

    **c.** Personal property in the open.

    If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

2.  We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

CP 03 21 10 12

© Insurance Services Office, Inc., 2011

Page 1 of 3

3. When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

B. **Calculation Of The Deductible – Specific Insurance Other than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

C. **Calculation Of The Deductible – Blanket Insurance Other Than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is that shown in the most recent Statement of Values on file with us.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

D. **Calculation Of The Deductible – Builders' Risk Insurance**

1. **Builders' Risk Other Than Reporting Form**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

2. **Builders' Risk Reporting Form**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**Examples – Application Of Deductible**

**Example 1 – Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

 © Insurance Services Office, Inc., 2011 CP 03 21 10 12

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1):** $70,000 ÷ $80,000 = .875

Step **(2):** $60,000 x .875 = $52,500

Step **(3):** $70,000 x 1% = $700

Step **(4):** $52,500 − $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### Example 2 – Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2%.

### Building

Step **(1):** $80,000 x 2% = $1,600

Step **(2):** $60,000 − $1,600 = $58,400

### Personal Property

Step **(1):** $64,000 x 2% = $1,280

Step **(2):** $40,000 − $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

### Example 3 – Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit Of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2%.

### Building 1

Step **(1):** $500,000 x 2% = $10,000

Step **(2):** $40,000 − $10,000 = $30,000

### Building 2

Step **(1):** $500,000 x 2% = $10,000

Step **(2):** $20,000 − $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

### Example 4 – Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Personal Property at Building 1 ($250,000) and Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit Of Insurance covering Buildings 1 and 2 and Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building 1 and Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

### Building

Step **(1):** $500,000 x 5% = $25,000

Step **(2):** $95,000 − $25,000 = $70,000

### Personal Property

Step **(1):** $250,000 x 5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

© Insurance Services Office, Inc., 2011

COMMERCIAL PROPERTY
CP 10 30 09 17

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of or compliance with any ordinance or law:

   **(1)** Regulating the construction, use or repair of any property; or

   **(2)** Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

   **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   **(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

   **(2)** Landslide, including any earth sinking, rising or shifting related to such event;

   **(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   **(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   **(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **(a)** Airborne volcanic blast or airborne shock waves;

   **(b)** Ash, dust or particulate matter; or

   **(c)** Lava flow.

   With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

 © Insurance Services Office, Inc., 2016 **CP 10 30 09 17**

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

© Insurance Services Office, Inc., 2016

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

(2) Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, including any of the following conditions of property or any part of the property:

(1) An abrupt falling down or caving in;

(2) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to (1) or (2) above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, k., does not apply:

(a) To the extent that coverage is provided under the Additional Coverage, Collapse; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

 © Insurance Services Office, Inc., 2016 CP 10 30 09 17

of part or all of any property on or off the described premises.

### 4. Special Exclusions

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused by or resulting from:

    (a) Damage or destruction of "finished stock"; or

    (b) The time required to reproduce "finished stock".

    This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

    (a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

    (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(5) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

    (a) Your cancelling the lease;

    (b) The suspension, lapse or cancellation of any license; or

    (c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

    (a) Paragraph **B.1.a.** Ordinance Or Law;

    (b) Paragraph **B.1.c.** Governmental Action;

    (c) Paragraph **B.1.d.** Nuclear Hazard;

    (d) Paragraph **B.1.e.** Utility Services; and

    (e) Paragraph **B.1.f.** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

    **(a) Contractual Liability**

    We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

    (i) Your assumption of liability was executed prior to the accident; and

    (ii) The building is Covered Property under this Coverage Form.

    **(b) Nuclear Hazard**

    We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

© Insurance Services Office, Inc., 2016

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

   g. Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

      (1) Dampness or dryness of atmosphere or of soil supporting the vegetation;

      (2) Changes in or extremes of temperature;

      (3) Disease;

      (4) Frost or hail; or

      (5) Rain, snow, ice or sleet.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

© Insurance Services Office, Inc., 2016    **CP 10 30 09 17**

(2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

## D. Additional Coverage – Collapse

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

   (1) A cause of loss listed in **2.a.** or **2.b.**;

   (2) One or more of the "specified causes of loss";

   (3) Breakage of building glass;

   (4) Weight of people or personal property; or

   (5) Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

b. Awnings, gutters and downspouts;

c. Yard fixtures;

d. Outdoor swimming pools;

e. Fences;

f. Piers, wharves and docks;

g. Beach or diving platforms or appurtenances;

h. Retaining walls; and

i. Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

(2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

b. The personal property which collapses is inside a building; and

c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

a. A "specified cause of loss" other than fire or lightning; or

b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2016

CP 10 30 09 17

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. **Additional Coverage Extensions**

   1. **Property In Transit**

      This Extension applies only to your personal property to which this form applies.

      a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

      b. Loss or damage must be caused by or result from one of the following causes of loss:

         (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

         (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

         (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

      c. The most we will pay for loss or damage under this Extension is $5,000.

      This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

      If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

### 3. Glass

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

### G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe caused by wear and tear, when the pipe is located off the described premises and is connected to or is part of a potable water supply system or sanitary sewer system operated by a public or private utility service provider pursuant to authority granted by the state or governmental subdivision where the described premises are located.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2016

CP 10 30 09 17

POLICY NUMBER:

**COMMERCIAL PROPERTY**
CP 10 36 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATIONS ON COVERAGE FOR ROOF SURFACING

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number | Building Number | Indicate Applicability (Paragraph A. and/or Paragraph B.) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following applies with respect to loss or damage by a **Covered Cause of Loss (including wind and hail if covered)** to a building or structure identified in the Schedule as being subject to this Paragraph **A.**:

Replacement Cost coverage (if otherwise applicable to such property) does not apply to roof surfacing. Instead, we will determine the value of roof surfacing at actual cash value as of the time of loss or damage.

**B.** The following applies with respect to loss or damage by **wind and/or hail** to a building or structure identified in the Schedule as being subject to this Paragraph **B.**:

We will not pay for cosmetic damage to roof surfacing caused by wind and/or hail. For the purpose of this endorsement, cosmetic damage means that the wind and/or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.** For the purpose of this endorsement, roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.

CP 10 36 10 12                    © Insurance Services Office, Inc., 2011                    Page 1 of 1

COMMERCIAL PROPERTY
CP 10 75 12 20

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

1. Unauthorized access to or use of any computer system (including electronic data).

2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

1. **Fire Or Explosion**

   If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

2. **Additional Coverage**

   The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

   a. Additional Coverage – Electronic Data; or

   b. Additional Coverage – Interruption Of Computer Operations.

3. **Electronic Commerce Endorsement**

   The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss – Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

© Insurance Services Office, Inc., 2020

QUICK REFERENCE

# COMMERCIAL COVERAGE PART
READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGE**

Named Insured and Mailing Address

Policy Period

Business Description

Description of Premises

Coverages Provided, Limits of Insurance, Covered Causes of Loss and Coinsurance

Optional Coverages

Special Interests

Deductible

Forms Applicable

The following are some commonly used property coverage forms. Your policy may contain some or all of these forms. To tailor the policy to meet the needs of your business, it may also contain coverage forms which have not been listed below.

**Beginning On Page**

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM – CP 00 10**

| | | |
|---|---|---|
| A. | Coverage | 1 |
| B. | Exclusions and Limitations | 9 |
| C. | Limits of Insurance | 9 |
| D. | Deductible | 10 |
| E. | Loss Conditions | 10 |
| F. | Additional Conditions | 13 |
| G. | Optional Coverages | 14 |
| H. | Definitions | 16 |

**BUSINESS INCOME COVERAGE FORM – CP 00 30**

| | | |
|---|---|---|
| A. | Coverage | 1 |
| B. | Limits of Insurance | 5 |
| C. | Loss Conditions | 5 |
| D. | Additional Condition | 6 |
| E. | Optional Coverages | 7 |
| F. | Definitions | 9 |

**LEGAL LIABILITY COVERAGE FORM – CP 00 40**

| | | |
|---|---|---|
| A. | Coverage | 1 |
| B. | Exclusions and Limitations | 3 |
| C. | Limits of Insurance | 3 |
| D. | Loss Conditions | 3 |
| E. | Additional Conditions | 3 |
| F. | Definition | 4 |

CP7007.1(10-12)

**EXTRA EXPENSE COVERAGE FORM – CP 00 50**

| | | |
|---|---|---|
| A. | Coverage | 1 |
| B. | Limits of Insurance | 3 |
| C. | Loss Conditions | 3 |
| D. | Definitions | 5 |

The following are Causes of Loss forms. The one that applies to your policy is listed on the Commercial Property Declarations.

**Beginning On Page**

**CAUSES OF LOSS – BASIC FORM – CP 10 10**

| | | |
|---|---|---|
| A. | Covered Causes of Loss | 1 |
| B. | Exclusions | 2 |

**CAUSES OF LOSS – BROAD FORM – CP 10 20**

| | | |
|---|---|---|
| A. | Covered Causes of loss | 1 |
| B. | Exclusions | 2 |
| C. | Additional Coverage – Collapse | 5 |

**CAUSES OF LOSS – SPECIAL FORM – CP 10 30**

| | | |
|---|---|---|
| A. | Covered Causes of Loss | 1 |
| B. | Exclusions | 1 |
| C. | Limitations | 6 |
| D. | Additional Coverage – Collapse | 7 |
| E. | Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot, and Bacteria | 8 |
| F. | Additional Coverage Extensions | 9 |
| G. | Definitions | 10 |

**COMMERCIAL PROPERTY CONDITIONS – CP 00 90**

A. Concealment, Misrepresentation and Fraud

B. Control of Property

C. Insurance Under Two or More Coverages

D. Legal Action Against Us

E. Liberalization

F. No Benefit to Bailee

G. Other Insurance

H. Policy Period, Coverage Territory

I. Transfer of Rights of Recovery Against Others to Us

**COMMON POLICY CONDITIONS – IL 00 17**

A. Cancellation

B. Changes

C. Examination of Your Books and Records

D. Inspections and Surveys

E. Premiums

F. Transfer of Your Rights and Duties Under this Policy

**ENDORSEMENTS (If Any)**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** **Property Not Covered** is amended as follows:

"Cannabis" is added to **Property Not Covered.**

**C.** For the purpose of this endorsement, when Business Income (And Extra Expense) Coverage, Business Income (Without Extra Expense) Coverage and/or Extra Expense Coverage are being provided under this Policy, coverage under this Policy does not apply to that part of Business Income loss and/or Extra Expense incurred, due to a "suspension" of your "operations", which is attributable to the design, cultivation, manufacture, storage, processing, packaging, handling, testing, distribution, sale, serving, furnishing, possession or disposal of "cannabis".

**D.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **D.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

    **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

    **b.** Any compound, by-product, extract, derivative, mixture or combination, such as:

        **(1)** Resin, oil or wax;

        **(2)** Hash or hemp; or

        **(3)** Infused liquid or edible cannabis;

    whether or not derived from any plant or part of any plant set forth in Paragraph **D.2.a.**

COMMERCIAL PROPERTY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUSINESS INCOME (AND EXTRA EXPENSE) ACTUAL LOSS SUSTAINED – SPECIFIED LIMIT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

The provisions of the Business Income (And Extra Expense) Coverage Form apply except as otherwise provided in this endorsement. All numbers and letters used to designate paragraphs in this endorsement are specific to this endorsement only. They do not reference paragraphs in the Business Income (And Extra Expense) Coverage Form.

I. **Changes To The Business Income (And Extra Expense) Coverage Form**

A. **Optional Coverages – Maximum Period Of Indemnity** is replaced by the following:

1. **Maximum Period Of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b. The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

(1) The amount of loss sustained and expenses incurred during the 365 days immediately following the beginning of the "period of restoration"; or

(2) The Limit of Insurance shown in the Declarations.

COMMERCIAL PROPERTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL PROPERTY ELITE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART – BUILDING AND PERSONAL PROPERTY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – CAUSES OF LOSS – SPECIAL FORM
COMMERCIAL PROPERTY COVERAGE PART – COMMERCIAL PROPERTY CONDITIONS
COMMERCIAL PROPERTY COVERAGE PART – CONDOMINIUM ASSOCIATION COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – EXTRA EXPENSE COVERAGE FORM

The provisions of the Building And Personal Property Coverage Form, Condominium Association Coverage Form, Condominium Commercial Unit-Owners Coverage Form, Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Extra Expense Coverage Form, Causes Of Loss – Special Form and Commercial Property Conditions apply except as otherwise provided in this endorsement. All numbers and letters used to designate paragraphs in this endorsement are specific to this endorsement only. They do not reference paragraphs in the Commercial Property Coverage Parts.

**I.  Changes To The Building And Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit–Owners Coverage Form.**

**A.** The **Debris Removal** additional limit under **Additional Coverages** in the **Coverage** section is increased to $100,000.

This does not alter the most we will pay when no Covered Property has sustained physical loss or damage.

**B.** The **Preservation Of Property** time period under **Additional Coverages** in the **Coverage** section is increased to 90 days.

**C.** The **Fire Department Service Charge** limit under **Additional Coverages** in the **Coverage** section is increased to $25,000.

**D.** The **Pollutant Clean-up And Removal** limit under **Additional Coverages** in the **Coverage** section is increased to $50,000.

**E.** The **Electronic Data** limit under **Additional Coverages** in the **Coverage** section is increased to $50,000.

**F.** The following coverages are added to **Additional Coverages** in the **Coverage** section:

**1.  Reward Payment**

**a.** We will reimburse you for rewards paid as follows:

**(1)** Up to $10,000 to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

**(a)** Actual cash value of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

**(b)** The amount determined by the loss settlement procedure applicable to the Covered Property under the Loss Payment Condition.

**(2)** Up to $10,000 to an eligible person for the return of stolen Covered Property, when the loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

**(a)** Actual cash value based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

**(b)** The amount determined by the loss settlement procedure applicable to the returned Covered Property under the Loss Payment Condition.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

**b.** This Additional Coverage applies subject to the following conditions:

**(1)** An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the arrest and conviction or return of the stolen Covered Property, and who is not:

**(a)** You or any family member;

**(b)** Your employee or any of his or her family members;

**(c)** An employee of a law enforcement agency;

**(d)** An employee of a business engaged in property protection;

**(e)** Any person who had custody of the Covered Property at the time the theft was committed; or

**(f)** Any person involved in the crime.

**(2)** No reward will be reimbursed unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

**(3)** The lesser of the amount of the reward or $10,000 is the most we will reimburse for loss under this Additional Coverage in any one occurrence.

## 2. Discharge From Sewer, Drain Or Sump (Not Flood-Related)

**a.** With respect to the premises described in the Declarations, we will pay for direct physical loss or damage to Covered Property, caused by or resulting from discharge of water or waterborne material from a sewer, drain or sump located on the described premises, provided such discharge is not induced by flood or flood-related conditions.

The aforementioned references to flood include surface water, waves (including tidal wave and tsunami), tides, tidal water, and overflow of any body of water, including storm surge.

For the purpose of this Additional Coverage, the term drain includes a roof drain and related fixtures.

**b.** There is no coverage under this Additional Coverage if:

**(1)** The discharge results from an insured's failure to perform routine maintenance or repair necessary to keep a sewer or drain or a sump, sump pump or related equipment free from obstruction and in proper working condition. This limitation does not apply to sudden mechanical breakdown of a sump pump or its related equipment, provided the breakdown is not the result of an insured's negligence; or

**(2)** Sump pump failure is caused by or results from failure of power, unless this policy is endorsed to cover power failure affecting the described premises.

**c.** To the extent that the Water Exclusion might conflict with the coverage provided under this Additional Coverage, the Water Exclusion does not apply to such coverage.

**d.** We will not pay the cost of repairing or replacing a sewer, drain, sump, sump pump or any related parts or equipment.

**e.** We will not pay for any business income loss and/or extra expense under this Additional Coverage even if such loss or expense arises out of the direct physical loss or damage to Covered Property.

**f.** The most we will pay under this Additional Coverage, for the total of all covered property damage loss and expense in any one policy period, is $25,000 or the amount shown in the Declarations, regardless of the number of occurrences of loss or damage or the number of premises or locations involved. This limit is part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

**g.** All policy provisions apply to the coverage provided under this Additional Coverage unless otherwise indicated, including the Deductible for direct physical loss or damage. If an occurrence results in loss payable only under this Additional Coverage, the deductible applicable to Fire will apply to this Additional Coverage. But if an occurrence also causes other loss or damage that is paid under this policy, a separate Deductible will not apply to the loss or damage covered under this Additional Coverage.

Includes copyrighted material of ISO Properties, Inc. with its permission.

CP7351(1-18)
Copyright, American Association of Insurance Services, Inc, 2006          Page 2 of 20

3. **Fire Extinguisher Systems Expense**

   a. We will pay the cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged in or on the building described in the Declarations or within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater.

   b. No coverage will apply if the fire extinguishing system is discharged during installation or testing.

   c. No deductible applies to this Additional Coverage.

   The amount payable under this Additional Coverage is additional insurance.

4. **Inventory And Appraisal Expense**

   You may extend the insurance that applies to Your Business Personal Property to apply to reasonable inventory and appraisal expenses incurred. This coverage applies to inventories and appraisals made at our request and not due to a disagreement.

   We will not pay for any expenses incurred, directed or billed by or payable to any public adjusters or public accountants or their associates or subordinates or any costs as provided under **Appraisal** in the **Loss Conditions** section.

   The most we will pay under this Additional Coverage is $50,000 per occurrence.

   The amount payable under this Additional Coverage is additional insurance.

5. **Utility Services – Direct Damage**

   a. **Coverage**

   We will pay for loss of or damage to Covered Property caused by an interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph **c.**

   b. **Exception**

   This Additional Coverage for loss or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning described under Property Not Covered, Electronic Data.

   c. **Utility Services**

   (1) Water Supply Services, meaning the following types of property supplying water to the described premises:

   (a) Pumping stations; and

   (b) Water mains.

   (2) Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

   (a) Communication transmission lines, including optic fiber transmission lines;

   (b) Coaxial cables; and

   (c) Microwave radio relays except satellites.

   Communication Supply Services includes overhead transmission lines.

   (3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

   (a) Utility generating plants;

   (b) Switching stations;

   (c) Substations;

   (d) Transformers; and

   (e) Transmission lines.

   Power Supply Services includes overhead transmission lines.

   d. As used in this Additional Coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

   e. The most we will pay for loss or damage under this Additional Coverage is $50,000 for each described premises. This Additional Coverage does not increase the applicable Limit of Insurance.

6. **Utility Services – Time Element**

   a. **Coverage**

   We will pay for the actual loss of Business Income and/or Extra Expense you sustain due to the necessary "suspension" of your "operations" at the described premises caused by an interruption in utility service to that premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the property described in Paragraph **e.**

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

CP7351(1-18)

**b. Waiting Period**

The Business Income Waiting Period of 72 hours begins at the time of interruption of utility service to the described premises.

**c. Duration Of Coverage**

Coverage under this Additional Coverage applies to loss sustained and expense incurred during the period of time that:

(1) Begins:

(a) Following expiration of the waiting period indicated in Paragraph **b.** for Business Income; or

(b) At the time of interruption of utility service to the described premises, for Extra Expense; and

(2) Ends when:

(a) "Operations" are fully resumed by any means; or

(b) "Operations" could be fully resumed with reasonable speed following restoration of utility service to the described premises;

whichever occurs first.

The expiration date of this policy will not cut short the duration of coverage under this Additional Coverage.

The "period of restoration" definition does not apply to the coverage provided under this Additional Coverage.

**d. Exception**

Coverage under this Additional Coverage does not apply to Business Income loss or Extra Expense related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning described under Property Not Covered, Electronic Data.

**e. Utility Services**

(1) Water Supply Property, meaning the following types of property supplying water to the described premises:

(a) Pumping stations; and

(b) Water mains.

(2) Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this Additional Coverage does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

(3) Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

(a) Communication transmission lines, including optic fiber transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays except satellites.

Communication Supply Property includes overhead transmission lines.

(4) Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines.

Power Supply Property includes overhead transmission lines.

**f.** As used in this Additional Coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**g.** The **Coinsurance** Additional Condition does not apply to this Additional Coverage.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

CP7351(1-18)



**h.** Business Income means the:

**(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(2)** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

**i.** Extra Expense means necessary expenses you incur under Paragraph **c. Duration Of Coverage** that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses (other than the expense to repair or replace property) which are incurred to:

**(1)** Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

**j.** The most we will pay under this Additional Coverage is $50,000 for each described premises.

The amount payable under this Additional Coverage is additional insurance.

**7. Extra Expense**

**a. Coverage**

We will pay the actual and necessary Extra Expense you sustain due to direct physical loss of or damage to property at premises which are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of such premises.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of a building, your premises means:

**(1)** The portion of the building which you rent, lease or occupy;

**(2)** The area within 1,000 feet of the building or within 1,000 feet of the premises described in the Declarations, whichever distance is greater (with respect to loss of or damage to personal property in the open or personal property in a vehicle); and

**(3)** Any area within the building or at the described premises, if that area services, or is used to gain access to, the portion of the building which you rent, lease or occupy.

**b. Extra Expense**

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses (other than the expense to repair or replace property) which are incurred to:

**(1)** Avoid or minimize the "suspension" of business and to continue "operations" at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

**c.  Additional Limitation – Interruption Of Computer Operations**

Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

This Additional Limitation does not apply when loss or damage to electronic data involves only electronic data which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**d.  Limits Of Insurance**

The most we will pay under this Additional Coverage is $25,000 for each described premises.

The amount payable under this Additional Coverage is additional insurance.

**8.  Business Income From Dependent Properties**

**a.**  We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to dependent property caused by or resulting from a Covered Cause of Loss. However, coverage under this Additional Coverage does not apply when the only loss to dependent property is loss or damage to electronic data, including destruction or corruption of electronic data. If the dependent property sustains loss or damage to electronic data and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced. Electronic data has the meaning described under Property Not Covered, Electronic Data.

The most we will pay under this Additional Coverage is $50,000.

**b.**  We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

**(1)**  Source of materials; or

**(2)**  Outlet for your products.

**c.**  If you do not resume "operations" or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**d.**  Dependent property means property operated by others whom you depend on to:

**(1)**  Deliver materials or services to you or to others for your account. But services does not mean water supply services; power supply services; wastewater removal services or communication supply services, including services relating to Internet access or access to any electronic network;

**(2)**  Accept your products or services;

**(3)**  Manufacture products for delivery to your customers under contract of sale; or

**(4)**  Attract customers to your business.

But dependent property does not include any road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure.

**e.**  Business Income means the:

**(1)**  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

**(2)**  Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

**f.**  With respect to the coverage provided under this Additional Coverage, we do not cover loss of Business Income arising out of loss or damage at the premises of dependent property which is located outside the Coverage Territory.

The amount payable under this Additional Coverage is additional insurance.

9. **Fine Arts**

a. We will pay for direct loss of or damage to Fine Arts, whether owned by:

(1) You; or

(2) Others, and in your care, custody or control.

b. Fine arts means paintings, drawings, lithographs, rugs, tapestries, statuary, bronzes, porcelains, marbles, antique furniture, rare books and other bona fide items of artistic merit.

c. The most we will pay for loss in any one occurrence under this Additional Coverage is $100,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property. The amount payable under this Additional Coverage is additional insurance over the insurance available for Business Personal Property.

d. The value of fine arts will be the least of the following amounts:

(1) The actual cash value of that property;

(2) The cost of reasonably restoring that property to its condition immediately before loss; or

(3) The cost of replacing that property with substantially identical property.

e. In the event of loss, the value of property will be determined as of the time of loss.

10. **Employee Dishonesty**

a. We will pay for direct loss of or damage to Your Business Personal Property and your "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partners, "members" or "managers") with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any "employee"; or

(b) Any other person or organization.

b. We will not pay for:

(1) Loss or damage resulting from any dishonest or criminal act that you or any of your partners, "members", officers, "managers", directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose commits, whether acting alone or in collusion with other persons;

(2) Loss or damage that is an indirect result of any act covered by this insurance including, but not limited to, loss or damage resulting from:

(a) Your inability to realize income that you would have realized had there been no loss of or damage to "money" or "securities";

(b) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

(c) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

(3) Expenses related to any legal action; or

(4) Loss or damage the only proof of which as to its existence or amount is one or both of the following:

(a) An inventory computation; or

(b) A profit and loss computation.

c. The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $50,000.

d. All loss or damage:

(1) Caused by one or more "employees"; and

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Additional Coverage does not apply to loss caused by any "employee" after discovery by:

(1) You; or

(2) Any of your partners, officers or directors, trustees or "members" or "managers" not in collusion with the "employee";

of any dishonest act committed by that "employee" before or after being hired by you.

g. We will pay only for covered loss or damage discovered no later than one year from the end of the policy period.

h. If you discover a loss or damage during the policy period that you (or any predecessor in interest) sustained during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

(1) This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph **h.** above is provided within, and not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

(1) This Additional Coverage as of its effective date; or

(2) The prior insurance, had it remained in effect.

## 11. Lock Replacement And Rekeying

We will pay the necessary expenses you incur to replace locks resulting from theft or copying of keys or any other legitimate security concern. The most we will pay under this Additional Coverage during each policy period is $10,000.

This insurance does not apply to loss caused by:

a. Vandalism; or

b. Wear and tear.

Lock replacement coverage is not subject to a deductible.

## 12. Money And Securities

a. We will pay for loss of "money" and "securities" used in your business while at a "financial institution", within your living quarters or the living quarters of your partners or any "employee" having use and custody of the property, at the described premises, or in transit between any of these places.

b. We will pay only for loss of "money" and "securities" resulting from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

c. We will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous reading instrument in the device.

d. The most we will pay for loss in any one occurrence is $50,000.

e. All loss:

(1) Caused by one or more persons; and

(2) Involving a single act or series of related acts;

is considered one occurrence.

f. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

g. To the extent that coverage for "money" and "securities" is provided under this Additional Coverage, the **Property Not Covered** provisions in the **Coverage** section of the Building And Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit-Owners Coverage Form do not apply.

The amount payable under this Additional Coverage is additional insurance.

## 13. Employees' Tools

You may extend the insurance that applies to Your Business Personal Property to apply to tools owned by your employees located on the described premises.

The most we will pay for loss or damage under this Additional Coverage is $10,000 for any one occurrence at each described premises. However, in no event will we pay more than $1,000 for any one employee. Our payment for loss of or damage to tools owned by employees will only be for the account of the owner of the tools.

The amount payable under this Additional Coverage is additional insurance.

14. **Ordinance Or Law**

a. **Application Of Coverages**

The Coverages provided by this Additional Coverage apply with respect to an ordinance or law that regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises, subject to the following:

(1) The requirements of the ordinance or law are in force at the time of loss. But if the Post-Loss Ordinance Or Law Option is indicated in the Declarations as being applicable, then Paragraph **(2)** applies instead of this Paragraph **(1)**.

(2) The requirements of the ordinance or law are in force at the time of loss; or the ordinance or law is promulgated or revised after the loss but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

(3) Coverage under this Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

(4) Coverage under this additional coverage applies only if:

(a) The building sustains only direct physical damage that is covered under this policy and as a result of such damage, you are required to comply with the ordinance or law; or

(b) The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and as a result of the building damage in its entirety, you are required to comply with the ordinance or law.

However, there is no coverage under this Additional Coverage if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, even if the building has also sustained covered direct physical damage.

(5) If coverage applies under this Additional Coverage based on the terms of Paragraph **4.(b)**, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this Additional Coverage. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

However, if the covered direct physical damage, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this Additional Coverage.

(6) We will not pay under this Additional Coverage for:

(a) Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

**(7)** We will not pay under this Additional Coverage for any loss in value or any cost incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

**b. Coverage**

**(1) Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage **A** is included within the Limit Of Insurance applicable to such building as shown in the Declarations or addressed elsewhere in this policy. Coverage **A** does not increase the Limit of Insurance.

**(2) Coverage B – Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

**(3) Coverage C – Increased Cost Of Construction Coverage**

**(a)** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

**(i)** Repair or reconstruct damaged portions of that building; and/or

**(ii)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However:

**(i)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(b)** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with Paragraph **(3)(a)** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in Paragraph **(3)(a):**

**(i)** The cost of excavations, grading, backfilling and filling;

**(ii)** Foundation of the building;

**(iii)** Pilings; and

**(iv)** Underground pipes, flues and drains.

The items listed in **(b)(i)** through **(b)(iv)** above are deleted from Property Not Covered, but only with respect to the coverage described in this provision, **(3)(b).**

**c. Loss Payment**

**(1)** All following loss payment provisions, **c.(2)** and **c.(3),** are subject to the apportionment procedures set forth in Section **a.(5)** of this Additional Coverage.

**(2)** When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

**(a)** If the Replacement Cost Option applies and such building is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

(i) The amount you would actually spend to repair, rebuild or reconstruct such building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(ii) The Limit Of Insurance applicable to such building as shown in the declarations or addressed elsewhere in the policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

(b) If the Replacement Cost Coverage Option applies and such building is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

(i) The actual cash value of the building at the time of loss; or

(ii) The Limit Of Insurance applicable to such building as shown in the declarations or addressed elsewhere in the policy. (If this policy is endorsed to cover Earthquake and/or Flood as a Covered Cause of Loss, the Limit of Insurance applicable to the building in the event of damage by such Covered Cause of Loss may be lower than the Limit of Insurance that otherwise would apply.)

(3) The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is a combined limit of $50,000. Subject to this combined limit of $50,000, the following loss payment provisions apply:

(a) For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

(b) With respect to the Increased Cost of Construction:

(i) We will not pay for the increased cost of construction:

1. Until the building is actually repaired or replaced, at the same or another premises; and

2. Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(ii) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(iii) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

d. The terms of this Additional Coverage apply separately to each building to which this Additional Coverage applies.

15. **Forgery Or Alteration**

a. We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

(1) Made or drawn by or drawn upon you; or

(2) Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

b. If you are sued for refusing to pay any instrument covered in Paragraph **a.** above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense.

c. We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

d. The most we will pay for any loss in any one occurrence, including legal expenses, under this Additional Coverage is $50,000.

## 16. Computer And Funds Transfer Fraud

a. We will pay for:

(1) Loss resulting directly from a fraudulent:

(a) Entry of electronic data or computer program into; or

(b) Change of electronic data or computer program within;

any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **16.a.(1)(a)** and **16.a.(1)b:**

(i) "Money", "securities" or other property to be transferred, paid or delivered; or

(ii) Your account at a "financial institution" to be debited or deleted.

(2) Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that account.

b. As used in Paragraph **16.a.(1),** fraudulent entry or fraudulent change of electronic data or computer program shall include such entry or change made by an "employee" acting in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service computer programs for a "computer system" covered under this Additional Coverage.

c. We will not pay for:

(1) Loss resulting from a fraudulent:

(a) Entry of electronic data or computer program into; or

(b) Change of electronic data or computer program within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Paragraph **16.b.**

(2) Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

(3) Loss resulting from the giving or surrendering of property in any exchange or purchase.

(4) Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

(a) Transfer, pay or deliver "money", "securities" or other property; or

(b) Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Paragraph **16.a.(2)** or **16.b.**

(5) Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(a) An inventory computation; or

(b) A profit and loss computation.

(6) Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

(7) Loss that is an indirect result of any act covered by this insurance including, but not limited to, loss resulting from:

(a) Your inability to realize income that you would have realized had there been no loss of "money" or "securities";

(b) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

(c) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

**(8)** Expenses related to any legal action.

**d.** The most we will pay for any loss under this Additional Coverage is $25,000. However, we will only pay up to $5,000 for any one occurrence of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**e.** We will pay only for loss you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**f.** We will pay only for covered loss discovered no later than one year from the end of the policy period.

**g.** If you discover a loss during the policy period that you (or any predecessor in interest) sustained during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this Additional Coverage, provided:

  **(1)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

  **(2)** The loss would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss were committed or occurred.

**h.** The insurance under Paragraph **g.** above is provided within, and not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

  **(1)** This Additional Coverage as of its effective date; or

  **(2)** The prior insurance, had it remained in effect.

**i.** To the extent that coverage for "money" and "securities" is provided under this Additional Coverage, the **Property Not Covered** provisions in the **Coverage** section of the Building And Personal Property Coverage Form, Condominium Association Coverage Form, and Condominium Commercial Unit-Owners Coverage Form do not apply.

**j.** The amount payable under this Additional Coverage is additional insurance.

**17. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

**b.** "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $50,000.

To the extent that coverage for "money" and "securities" is provided under this Additional Coverage, the **Property Not Covered** provisions in the **Coverage** section of the Building And Personal Property Coverage Form, Condominium Association Coverage Form, and Condominium Commercial Unit-Owners Coverage Form do not apply.

The amount payable under this Additional Coverage is additional insurance.

**G.** The **Newly Acquired Or Constructed Property - Buildings** limit under **Coverage Extensions** in the **Coverage** section of the Building And Personal Property Coverage Form and Condominium Association Coverage Form is increased to $2,000,000.

**H.** The **Newly Acquired Or Constructed Property - Your Business Personal Property** limit under **Coverage Extensions** in the **Coverage** section of the Building And Personal Property Coverage Form and Condominium Association Coverage Form is increased to $1,000,000.

The **Newly Acquired Property** limit under **Coverage Extensions** in the **Coverage** section of the Condominium Commercial Unit-Owners Coverage Form is increased to $1,000,000.

**I.** The **Newly Acquired Or Constructed Property – Period Of Coverage** under **Coverage Extensions** in the **Coverage** section of the Building And Personal Property Coverage Form and Condominium Association Coverage Form is increased to 120 days.

In the paragraph addressing the coverage time period for **Newly Acquired Property** under **Coverage Extensions** in the **Coverage** section of the Condominium Commercial Unit-Owners Coverage Form, the number of days is increased to 120 days.

**J. Personal Effects And Property Of Others** under **Coverage Extensions** in the **Coverage** section is replaced by the following:

You may extend the insurance that applies to Your Business Personal Property to apply to:

1. Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft, or to any loss or damage to employees' tools.

2. Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $50,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**K. Property Off-premises** under **Coverage Extensions** in the **Coverage** section is replaced by the following:

1. You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

   a. Temporarily at a location you do not own, lease or operate;

   b. In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

   c. At any fair, trade show or exhibition.

   This Extension also applies to portable computers while such property is in the course of transit or is located at a premises you own, lease or operate, for not more than 90 days.

   Portable computers means:

   a. Laptops, palmtops, notebook PCs;

   b. Other portable computer devices; and

   c. Accessories including, but not limited to, multimedia projectors.

   Portable computers does not mean electronic data and media.

2. This Extension does not apply to property:

   a. In or on a vehicle except for portable computers; or

   b. In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

3. The most we will pay for loss or damage under this Extension is $100,000.

**L. Valuable Papers And Records (Other Than Electronic Data)** under **Coverage Extensions** in the **Coverage** section is replaced by the following:

1. You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. This Extension includes the cost to research lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

2. Under this Extension, the most we will pay to replace or restore the lost information is $250,000 at each described premises. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**M. Outdoor Property** under **Coverage Extensions** in the **Coverage** section is replaced by the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor:

1. Fences;

2. Radio, television (including satellite dishes), internet or other antennas; and

3. Trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof);

including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

1. Fire;

2. Lightning;

3. Explosion;

4. Windstorm or Hail;

5. Smoke;

6. Aircraft or Vehicles;

7. Riot or Civil Commotion; or

8. Vandalism.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

The most we will pay for loss or damage under this Extension is $50,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

N. The following coverages are added to **Coverage Extensions** in the **Coverage** section:

1. **Accounts Receivable**

   a. You may extend the insurance that applies to Your Business Personal Property to accounts receivable. We will pay:

      (1) All amounts due from your customers that you are unable to collect;

      (2) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

      (3) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

      (4) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

      that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

   b. The most we will pay under this Coverage Extension for loss or damage in any one occurrence at each described premises is $250,000.

   c. To the extent that coverage for accounts receivable is provided under this Coverage Extension, the provisions of **Property Not Covered** in the **Coverage** section of the Building And Personal Property Coverage Form, Condominium Association Coverage Form and Condominium Commercial Unit-Owners Coverage Form do not apply.

2. **Sales Representative Samples**

   We will pay for direct physical loss or damage caused by a Covered Cause of Loss to samples of your "stock" in trade (and containers) and similar property of others.

   We cover samples of your "stock" in trade while the property is:

   a. In the custody of your sales representatives and agents;

   b. In your custody while acting as a sales representative; or

   c. In transit between a described premises and your sales representatives.

   The most we will pay in any one occurrence for loss to samples of your "stock" in trade is $50,000.

3. **Appurtenant Buildings And Structures**

   a. You may extend the insurance that applies to Building to apply to direct physical loss or damage by a covered Cause of Loss to unscheduled incidental appurtenant buildings or structures which are at described premises where Building coverage applies.

   b. Incidental appurtenant buildings or structures include, but are not limited to storage buildings, garages, pump houses, and above ground tanks. But incidental appurtenant buildings or structures does not include:

      (1) Outdoor signs, whether or not attached to a building;

      (2) Any property covered under the **Outdoor Property** Coverage Extension; or

      (3) Any property excluded under the provisions of **Property Not Covered** in the **Coverage** section.

   c. The most we will pay for loss or damage in any one occurrence under this Coverage Extension is $10,000.

4. **Expediting Expenses**

   We will pay reasonable expenses necessary to expedite permanent repairs or replacement and make temporary repairs when a Covered Cause of Loss results in direct physical loss or damage to Covered Property. Expediting expenses include additional labor or overtime, and transportation costs.

   The most we will pay for all expediting expenses in any one occurrence is $25,000.

O. The limit applicable to outdoor signs, whether or not the sign is attached to a building, under **Limits Of Insurance** is increased to $50,000.

P. The following is added to **Limits Of Insurance:**

1. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   This increase will apply only if the Limit Of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

   a. The 12 months immediately preceding the date the loss or damage occurs; or

**b.** The period of time you have been in business as of the date the loss or damage occurs.

**Q.** The limitation relating to the cost to repair or replace damaged building property under **Valuation** in the **Loss Conditions** section is increased to $10,000.

**R.** The following is added to **Valuation** in the **Loss Conditions** section:

**1.** "Money" at its face value; and

**2.** "Securities" at their value at the close of business on the day the loss is discovered.

**S.** The following is added to **Loss Conditions** and applies to the **Extra Expense** Additional Coverage only:

**1. Loss Determination**

**a.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Extra Expense otherwise incurred.

**b.** We will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**c.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**T.** The following are added to **Additional Conditions** and apply to the **Fine Arts** Additional Coverage only:

**1.** In case of loss to any part of a pair or set we may:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between the value of the pair or set before and after the loss.

**2.** You must arrange for fine arts to be packed and unpacked by competent packers.

**II. Changes To The Causes Of Loss – Special Form**

**A.** The **Exclusions** section does not apply to the **Employee Dishonesty** Additional Coverage in Section I of this endorsement, except for the following exclusions:

**1.** Governmental Action;

**2.** Nuclear Hazard; and

**3.** War and Military Action.

**B.** The **Exclusions** section does not apply to the **Computer And Funds Transfer Fraud** Additional Coverage in Section I of this endorsement, except for the following exclusions:

**1.** Governmental Action;

**2.** Nuclear Hazard;

**3.** War and Military Action; and

**4.** Dishonest or Criminal Acts.

**C.** Under the **Exclusions** section, the **Special Exclusions** applicable to Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form apply to the **Utility Services – Time Element** Additional Coverage, **Extra Expense** Additional Coverage and the **Business Income From Dependent Properties** Additional Coverage in Section I of this endorsement.

**D.** The **Exclusions** section does not apply to the **Accounts Receivable** Coverage Extension in Section I of this endorsement, except for the following exclusions:

**1.** Governmental Action;

**2.** Nuclear Hazard;

**3.** War And Military Action;

**4.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more;

**5.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**a.** You do your best to maintain heat in the building or structure; or

**b.** You drain the equipment and shut off the supply if the heat is not maintained; and

CP7351(1-18)

Includes copyrighted material of ISO Properties, Inc. with its permission.

Copyright, American Association of Insurance Services, Inc, 2006

Page 16 of 20

6. We will not pay for loss or damage caused by or resulting from any of the following, Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in any of the following exclusions to produce the loss or damage:

      **(1)** Ordinance Or Law;

      **(2)** Earth Movement;

      **(3)** Governmental Action;

      **(4)** Nuclear Hazard;

      **(5)** Utility Services;

      **(6)** War And Military Action;

      **(7)** Water; and

      **(8)** "Fungus", Wet Rot, Dry Rot And Bacteria.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      **(1)** Planning, zoning, development, surveying, siting;

      **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      **(3)** Materials used in repair, construction, renovation or remodeling; or

      **(4)** Maintenance;

      of part or all of any property on or off the described premises.

E. The following additional exclusions apply to the **Accounts Receivable** Coverage Extension only:

   We will not pay for:

   1. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

      This exclusion applies only to the extent of the wrongful giving, taking or withholding;

   2. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions; or

3. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

F. Under the **Limitations** section, Paragraph **f.** does not apply to the **Computer And Funds Transfer Fraud** Additional Coverage in Section **I** of this endorsement.

G. In the paragraph addressing special limits applicable to any one occurrence of theft under **Limitations**:

   1. The special limit applicable to jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals is increased to $5,000.

   2. The following is deleted:

      a. $2,500 for patterns, dies, molds and forms.

H. The **Property In Transit** limit under **Additional Coverage Extensions** is increased to $50,000.

III. **Changes To The Commercial Property Conditions Form**

A. The coverage territory provision does not apply to the **Computer And Funds Transfer Fraud** Additional Coverage in Section **I** of this endorsement. We will cover loss that you sustain resulting directly from an occurrence taking place anywhere in the world for this Additional Coverage.

IV. **Changes To The Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Extra Expense Coverage Form.**

A. The **Newly Acquired Locations** limit under **Coverage Extension** in the **Coverage** section is increased to $500,000.

B. The number of days for **Newly Acquired Locations** under **Coverage Extension** in the **Coverage** section is increased to 120.

C. The **Interruption Of Computer Operations** limit under **Additional Coverages** in the **Coverage** section is increased to $10,000.

V. **Changes To The Building And Personal Property Coverage Form, Condominium Association Coverage Form, Condominium Commercial Unit-Owners Coverage Form, Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Extra Expense Coverage Form**

A. Throughout the forms modified by this endorsement the words "within 100 feet" are replaced with "within 1,000 feet".

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services. Inc, 2006

## VI. Definitions

A. "Computer system" means:

1. Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

2. Systems and applications software; and

3. Related communication networks;

by which electronic data is collected, transmitted, processed, stored or retrieved.

B. "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

C. "Employee":

1. As respects the coverage provided under Section I of this endorsement for Money And Securities, Employee Dishonesty and Computer And Funds Transfer Fraud only, "employee" means:

    a. Any natural person:

        (1) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to theft or any other dishonest act committed by the "employee";

        (2) Whom you compensate directly by salary, wages or commissions; and

        (3) Whom you have the right to direct and control while performing services for you; or

    b. Any natural person who is furnished temporarily to you:

        (1) To substitute for a permanent "employee" as defined in Paragraph 1.a., who is on leave; or

        (2) To meet seasonal or short-term workload conditions;

        while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the premises;

    c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph 1.b.;

    d. Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained as a consultant while performing services for you;

    e. Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the premises;

    f. Any "employee" of an entity merged or consolidated with you prior to the effective date of this insurance; or

    g. Any of your "managers", directors or trustees while:

        (1) Performing acts within the scope of the usual duties of an "employee"; or

        (2) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

2. As respects the coverage provided under Section I of this endorsement for Money And Securities, Employee Dishonesty and Computer And Funds Transfer Fraud only, "employee" does not mean:

    a. Any agent, broker, factor, commission merchant, consignee or independent contractor; or

    b. A representative of the same general character as in Paragraph **C.2.a.**, unless such representative is specified in Paragraph **C.1.b.**

D. "Financial Institution" means:

1. With regard to the **Computer And Funds Transfer Fraud** Additional Coverage:

    a. A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

    b. An insurance company; or

    c. A stock brokerage firm or investment company.

2. With regard to all other **Additional Coverages**:

    a. Any financial institution.

E. "Forgery" means the signing of the name of another person or organization with intent to deceive. It does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

**F.** "Fraudulent instruction" means:

**1.** With regard to Paragraph **16.a.(2)** of the **Computer And Funds Transfer Fraud** Additional Coverage:

**a.** A computer, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent; or

**b.** A written instruction (other than those covered under the **Forgery Or Alteration** Additional Coverage) issued to a "financial institution" directing the financial institution to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

**2.** With regard to Paragraph **16.b.** of the **Computer And Funds Transfer Fraud** Additional Coverage:

A computer, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change electronic data or computer programs within a "computer system" covered under this insurance, which instruction in fact was fraudulently issued by your computer software contractor.

**G.** "Manager", as respects the coverage provided under Section I of this endorsement for Employee Dishonesty only, means a person serving in a directorial capacity for a limited liability company.

**H.** "Member", as respects the coverage provided under Section I of this endorsement for Employee Dishonesty only, means an owner of a limited liability company represented by its membership interest who also may serve as a "manager".

**I.** "Money" means:

**1.** Currency, coins, and bank notes in current use and having a face value; and

**2.** Traveler's checks, register checks and money orders held for sale to the public.

**J.** "Operations" means your business activities occurring at the described premises.

**K.** "Period of Restoration", as respects the coverage provided under Section I of this endorsement for Extra Expense only, means the period of time that:

**1.** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

**2.** Ends on the earlier of:

**a.** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**b.** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**1.** Regulates the construction, use or repair, or requires the tearing down of any property; or

**2.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**L.** "Period of restoration", as respects the coverage provided Section I of this endorsement for Business Income from Dependent Properties only, means the period of time that:

**1.** Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

**2.** Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**1.** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**2.** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

The expiration date of this policy will not cut short the "period of restoration".

**M.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

**1.** Food stamps, lottery tickets, redeemed coupons, tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**2.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you

but does not include "money".

**N.** "Suspension" means the slowdown or cessation of your business activities.

**O.** "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

**1.** By means of a computer, telefacsimile, telephone or other electronic instructions; or

**2.** By means of written instructions (other than those covered under the **Forgery Or Alteration** Additional Coverage) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

Includes copyrighted material of ISO Properties, Inc. with its permission.
Copyright, American Association of Insurance Services, Inc, 2006

CP7351(1-18)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE
## (INCLUDING ELECTRONIC CIRCUITRY IMPAIRMENT)

The following is added to the applicable Causes of Loss Form or Coverage Form:

### A. Additional Coverage – Equipment Breakdown

1. The term Covered Cause of Loss includes the Additional Coverage – Equipment Breakdown as described and limited below. Without an "accident" or "electronic circuitry impairment", there is no Equipment Breakdown Coverage.

   a. We will pay for direct physical damage to Covered Property that is the direct result of an "accident" or "electronic circuitry impairment". We will consider "electronic circuitry impairment" to be physical damage to "covered equipment".

   b. Unless otherwise shown in a "Schedule", the following coverages also apply to the direct result of an "accident" or "electronic circuitry impairment". However, with respect to coverage **A.1.b.(4)** Service Interruption below and any Dependent Properties coverage provided by this coverage part, coverage will apply only to the direct result of an "accident" and will not apply to the direct result of an "electronic circuitry impairment". These coverages do not provide additional amounts of insurance.

      **(1)** Expediting Expenses

      With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

      **(a)** Make temporary repairs; and

      **(b)** Expedite permanent repairs or permanent replacement.

      The most we will pay for loss or expense under this coverage is $100,000 unless otherwise shown in a "Schedule".

      **(2)** Hazardous Substances

      We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

      This does not include contamination of "perishable stock" by refrigerant, including but not limited to ammonia, which is addressed in **A.1.b.(3)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment

Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain, necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in a "Schedule".

**(3)** Perishable Goods

**(a)** We will pay for physical damage to "perishable stock" due to spoilage resulting from an "accident" or "electronic circuitry impairment".

**(b)** We will also pay for physical damage to "perishable stock" due to contamination from the release of refrigerant, including but not limited to ammonia.

**(c)** We will also pay for physical loss to "perishable stock" resulting from "power outage".

**(d)** We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(e)** If you are unable to replace the "perishable stock" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable stock" at the time of the "accident", "electronic circuitry impairment" or "power outage", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense resulting from an "accident" or "electronic circuitry impairment" under this **A.1.(3)** Perishable Goods coverage, is $100,000 unless otherwise shown in a "Schedule".

CP7358(2-17)    Includes copyrighted material of ISO Properties, Inc. with its permission.    Page 1 of 9

The most we will pay for loss, damage or expense resulting from "power outage" under this **A.1.(3)** Perishable Goods coverage is $50,000.

**(4)** Service Interruption

**(a)** Any insurance provided for Business Income, Extra Expense, Data Restoration or Perishable Goods is extended to apply to your loss, damage or expense caused by a failure or disruption of services. The failure or disruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, Internet access, telecommunications services, "cloud computing services", wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(b)** "Cloud computing services" must be provided by a professional provider with whom you have a contract.

**(c)** With respect to the Data Restoration portion of this Service Interruption coverage, coverage will also apply to "data" stored in the equipment of a provider of "cloud computing services".

**(d)** Unless otherwise shown in a "Schedule", any insurance provided for Business Income or Data Restoration will not apply under this Service Interruption coverage unless the failure or disruption of service exceeds 24 hours immediately following the "accident". If the interruption exceeds 24 hours, coverage will begin at the time of the disruption, and the applicable deductible will apply.

**(e)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense, Data Restoration or Perishable Goods, except that if a limit is shown in a "Schedule" for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**(5)** Data Restoration

**(a)** We will pay for your reasonable and necessary cost to research, replace and restore lost "data".

**(b)** The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $100,000 unless otherwise shown in a "Schedule".

**(6)** "Fungus", Wet Rot, Dry Rot And Bacteria

**(a)** We will pay your additional cost to repair or replace Covered Property because of contamination by "fungus", wet rot, dry rot or bacteria. This includes the additional costs to clean up or dispose of such property. This does not include spoilage of personal property that is "perishable stock" to the extent that such spoilage is covered under Perishable Goods coverage.

**(b)** As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "fungus", wet rot, dry rot or bacteria been involved.

**(c)** We will also pay the cost of testing performed after repair or replacement of the damaged Covered Property is completed only to the extent that there is reason to believe there is the presence of "fungus", wet rot, dry rot or bacteria.

**(d)** This coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**(e)** The most we will pay in any "one equipment breakdown" for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $15,000 unless otherwise shown in a "Schedule" even if the "fungus", wet rot, dry rot or bacteria continues to be present or active or recurs in a later policy period.

Includes copyrighted material of ISO Properties, Inc. with its permission.

**(7)** Off Premises Equipment Breakdown

   **(a)** We will pay for physical damage to transportable "covered equipment" that, at the time of the "accident" or "electronic circuitry impairment", is not at a covered location. As respects this Off Premises Equipment Breakdown Coverage only, the "accident" or "electronic circuitry impairment" may occur in any country within the Coverage Territory.

   **(b)** We will also pay for your reasonable and necessary cost to research, replace and restore lost "data" contained within "covered equipment" as described under **(a)** above. This amount may not exceed the limit applicable to Data Restoration coverage.

   **(c)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, and Data Restoration as described in **(b)** above is the limit for Property Off-Premises coverage shown in your policy.

**(8)** Public Relations

   **(a)** This coverage only applies if you have sustained an actual loss of Business Income covered under this endorsement.

   **(b)** We will pay for your reasonable costs for professional services to create and disseminate communications when the need for such communications arises directly from the interruption of your business. This communication must be directed to one or more of the following:

      **(i)** The media;

      **(ii)** The public; or

      **(iii)** Your customers, clients or members.

   **(c)** Such costs must be incurred during the "period of restoration" or up to 30 days after the "period of restoration" has ended.

   **(d)** The most we will pay for loss or expense under this coverage is $5,000.

**(9)** Resultant Damage to Animals

   **(a)** Any insurance provided under this coverage part for "animals" is extended to the coverage provided by this endorsement.

   **(b)** The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000.

**(10)** Business Income and Extra Expense

   Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in a "Schedule", then as respects Equipment Breakdown Coverage, the "period of restoration" will begin immediately after the "accident" or "electronic circuitry impairment" and the deductible shown in the "Schedule" will apply.

   The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a "Schedule".

**c. CONDITIONS**

   The following conditions are in addition to, or replace, the Conditions in the Property Coverage Form, the Commercial Property Conditions and the Common Policy Conditions as described below.

   **(1)** Suspension

      Whenever any "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" or "electronic circuitry impairment" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

      **(a)** Your last known address; or

      **(b)** The address where the "covered equipment" is located.

      Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.



**(2)** Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**(3)** As respects this endorsement only, the Valuation Condition in the Property Coverage Form is deleted and replaced with the following:

Valuation

We will determine the value of Covered Property as follows:

**(a)** Except as specified otherwise, our payment for damaged Covered Property will be the smallest of:

**(i)** The cost to repair the damaged property;

**(ii)** The cost to replace the damaged property on the same site; or

**(iii)** The amount you actually spend that is necessary to repair or replace the damaged property.

**(b)** The amount of our payment will be based on the most cost-effective means to replace the function, capacity and remaining useful life of the damaged property. This may include the use of generic, used or reconditioned parts, equipment or property.

**(c)** Except as described in **(d)** below, you must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

**(d)** Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident" or "electronic circuitry impairment", we will pay your additional cost to replace with equipment that is better for the environment, safer for people or more energy or water efficient than the equipment being replaced. However, we will not pay to increase the size or capacity of the equipment and we will not pay more than 150% of what the cost would have been to replace with

like kind and quality. This provision does not apply to the replacement of component parts or to any property to which Actual Cash Value applies and does not increase any of the applicable limits.

**(e)** The following property will be valued on an Actual Cash Value basis:

**(i)** Any Covered Property that does not currently serve a useful or necessary function for you;

**(ii)** Any Covered Property that you do not repair or replace within 24 months after the date of the "accident" or "electronic circuitry impairment"; and

**(iii)** Any Covered Property for which Actual Cash Value coverage is specified in a "Schedule".

Actual Cash Value includes deductions for depreciation.

**(f)** If any one of the following conditions is met, property held for sale by you will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses that otherwise would have applied:

**(i)** The property was manufactured by you;

**(ii)** The sales price of the property is less than the replacement cost of the property; or

**(iii)** You are unable to replace the property before its anticipated sale.

**(g)** Except as specifically provided for under Data Restoration coverage, "data" and "media" will be valued on the following basis:

**(i)** For mass-produced and commercially available software, at the replacement cost.

**(ii)** For all other "data" and "media", at the cost of blank "media" for reproducing the records. We will not pay for "data" representing financial records based on the face value of such records.

### d.  DEDUCTIBLE

The deductible in the Commercial Property Schedule applies unless a separate Equipment Breakdown deductible is shown in a "Schedule". If a separate Equipment Breakdown deductible is shown, the following applies:

Only as regards Equipment Breakdown Coverage, the Deductible provision in your Coverage Form is deleted and replaced with the following:

**(1)** Deductibles for Each Coverage

**(a)** Unless otherwise indicated in a "Schedule", multiple deductibles may apply to any "one equipment breakdown".

**(b)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in a "Schedule". We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(c)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one equipment breakdown", the highest deductible for each coverage will apply.

**(2)** Direct and Indirect Coverages

Unless otherwise shown in a "Schedule", the Direct Coverages Deductibles apply to all loss, damage or expense covered by this endorsement, with the exception of those coverages subject to the Indirect Coverages Deductibles as noted below.

Unless more specifically indicated in a "Schedule", the Indirect Coverages Deductibles apply to Business Income and Extra Expense.

**(3)** Application of Deductibles

**(a)** Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one equipment breakdown" until the amount of loss, damage or expense exceeds the applicable Deductible shown in a "Schedule". We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(b)** Time Deductibles

If a time deductible is shown in a "Schedule", we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident" or "electronic circuitry impairment". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(c)** Multiple of Average Daily Value (ADV) Deductibles

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business, had no "accident" or "electronic circuitry impairment" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or "electronic circuitry impairment" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location.  If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the "Schedule" will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(d)** Percentage of Loss Deductibles

If a Perishable Goods deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

The Percentage of Loss Deductible (if applicable) only applies as respects to Perishable Goods coverage resulting from an "accident" or "electronic circuitry impairment".

### e. DEFINITIONS

The following definitions are added with respect to this endorsement only:

(1) "Accident"

(a) An "accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

(i) Mechanical breakdown, including rupture or bursting caused by centrifugal force;

(ii) Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

(iii) Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

(iv) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(v) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

(b) None of the following is an "accident":

(i) Defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind; or

(ii) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

(2) "Animal" means any creature of the kingdom Animalia. This includes, but is not limited to, amphibians, birds, fish, insects, mammals, reptiles, and worms.

(3) "Boilers and Vessels" means:

(a) Any boiler, including attached steam, condensate and feedwater piping; and

(b) Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in a "Schedule".

(4) "Cloud computing services" means professional, on-demand, self-service data storage or data processing services provided through the Internet or over telecommunications lines. This includes services known as IaaS (infrastructure as a service), PaaS (platform as a service), SaaS (software as a service) and NaaS (network as a service). This includes business models known as public clouds, community clouds and hybrid clouds. "Cloud computing services" include private clouds if such services are owned and operated by a third party.

(5) "Covered equipment"

(a) "Covered equipment" means, unless otherwise specified in a "Schedule", Covered Property that:

(i) Transmits, generates or utilizes energy; or

(ii) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

"Covered equipment" may utilize conventional design and technology or new or newly commercialized design and technology.

(b) None of the following is "covered equipment":

(i) Structure, foundation, cabinet or compartment;

Includes copyrighted material of ISO Properties, Inc. with its permission.

(ii) Insulating or refractory material;

(iii) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(iv) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(v) "Vehicle" or any equipment mounted on a "vehicle";

(vi) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(vii) Dragline, excavation or construction equipment; or

(viii) Equipment manufactured by you for sale.

(6) "Data" means information or instructions stored in digital code capable of being processed by machinery.

(7) "Electronic circuitry" means microelectronic components, including but not limited to circuit boards, integrated circuits, computer chips and disk drives.

(8) "Electronic circuitry impairment"

(a) "Electronic circuitry impairment" means a fortuitous event involving "electronic circuitry" within "covered equipment" that causes the "covered equipment" to suddenly lose its ability to function as it had been functioning immediately before such event. This definition is subject to the conditions specified in (b), (c) and (d) below.

(b) We shall determine that the reasonable and appropriate remedy to restore such "covered equipment's" ability to function is the replacement of one or more "electronic circuitry" components of the "covered equipment".

(c) The "covered equipment" must be owned or leased by you, or operated under your control.

(d) None of the following is an "electronic circuitry impairment":

(i) Any condition that can be reasonably remedied by:

a. Normal maintenance, including but not limited to replacing expendable parts, recharging batteries or cleaning;

b. Rebooting, reloading or updating software or firmware; or

c. Providing necessary power or supply.

(ii) Any condition caused by or related to:

a. Incompatibility of the "covered equipment" with any software or equipment installed, introduced or networked within the prior 30 days; or

b. Insufficient size, capability or capacity of the "covered equipment".

(iii) Exposure to adverse environmental conditions, including but not limited to change in temperature or humidity, unless such conditions result in an observable loss of functionality. Loss of warranty shall not be considered an observable loss of functionality.

(9) "Hazardous substance" means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

(10) "Media" means materials on which "data" is recorded, such as solid state drives, hard disks, optical disks, flash drives, magnetic tape or floppy disks.

(11) "One equipment breakdown" means: If an initial "accident" or "electronic circuitry impairment" causes other "accidents" or "electronic circuitry impairments", all will be considered "one equipment breakdown". All "accidents" or "electronic circuitry impairments" that are the result of the same event will be considered "one equipment breakdown".

(12) "Perishable stock" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

(13) "Power outage", as respects A.1.(3) Perishable Goods coverage, means change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the premises described, due to conditions beyond your control, but excluding power outage resulting from an "accident" or "electronic circuitry impairment".

**(14)** "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus and any other equipment used exclusively with such machine or apparatus. However, "production machinery" does not mean any boiler, or fired or unfired pressure vessel.

This term does not appear elsewhere in this endorsement, but may appear in a "Schedule".

**(15)** "Schedule" means the Equipment Breakdown Endorsement section shown in the Miscellaneous Policy Level Coverages section of the Commercial Property Schedule.

**(16)** "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source, will not be considered a "vehicle".

## 2. EXCLUSIONS

As respects this endorsement only, with the exception of "power outage", all exclusions within the Exclusions section of the Property Coverage Form or Causes of Loss form apply, except as modified below and to the extent that coverage is specifically provided by this endorsement.

The following exclusions are added:

**a.** We will not pay for loss, damage or expense caused directly or indirectly by any of the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(1)** Fire, including smoke from a fire;

**(2)** Explosion of gas or unconsumed fuel within the furnace of any boiler or fired vessel or within the passages from that furnace to the atmosphere;

**(3)** Any other explosion, except as specifically covered under this endorsement;

**(4)** Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, earth sinking, tsunami or volcanic action;

**(5)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not; mudslide or mudflow; or water that backs up or overflows from a sewer, drain or sump. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies;

**(6)** Vandalism; or

**(7)** Your failure to use all reasonable means to protect Covered Property from damage following an "accident" or "electronic circuitry impairment".

**b.** Coverage under this endorsement does not apply to an "accident" or "electronic circuitry impairment" caused by or resulting from:

**(1)** Lightning;

**(2)** Windstorm or hail. However this exclusion does not apply when:

**(a)** "Covered equipment" located within a building or structure suffers an "accident" or "electronic circuitry impairment" that results from wind-blown rain, snow, sand or dust; and

**(b)** The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

**(3)** Smoke; aircraft or vehicles; riot or civil commotion; sprinkler leakage; elevator collision;

**(4)** Breakage of glass; falling objects; weight of snow, ice or sleet; freezing (caused by cold weather); collapse or molten material;

**(5)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or

**(6)** Water or other means used to extinguish a fire.

**c.** We will not pay for loss or damaged caused by or resulting from:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions, but if an "accident" or "electronic circuitry impairment" results, we will pay for that resulting loss, damage or expense caused by that "accident" or "electronic circuitry impairment".

Includes copyrighted material of ISO Properties, Inc. with its permission.

**d.** Except as specifically provided under **A.1.b.(6),** "Fungus", Wet Rot, Dry Rot And Bacteria, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment": Any "fungus", wet rot, dry rot or bacteria, including any presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot or bacteria. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such "fungus", wet rot, dry rot or bacteria. However, this exclusion does not apply to spoilage of personal property that is "perishable stock", to the extent that such spoilage is covered under Perishable Goods coverage.

**e.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

**(1)** Loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

**(2)** Any increase in loss resulting from an agreement between you and your customer or supplier.

**f.** Except as specifically provided under **A.1.b.(5),** Data Restoration, or **A.1.b.(9),** Resultant Damage to Animals, we will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident" or "electronic circuitry impairment":

**(1)** Physical loss or damage to "animals";

**(2)** Loss, interruption or compromise of any research, test or study involving "animals"; or

**(3)** Loss of income or extra expense resulting from **(1)** or **(2)** above.

**g.** Exclusions **b.(1), b.(2), b.(3)** and **b.(4)** above shall not apply if:

**(1)** The excluded cause of loss occurs away from any covered location and causes an electrical surge or other electrical disturbance;

**(2)** Such surge or disturbance is transmitted through utility service transmission lines to the covered location and results in an "accident" or "electronic circuitry impairment"; and

**(3)** The loss, damage or expense caused by such surge or disturbance is not covered elsewhere under the policy.

**h.** Any cause of loss set forth in exclusion **(b)(4)** above that is not a Covered Cause of Loss in this coverage part shall be excluded only as respects Service Interruption coverage.

**i.** As respects **A.1.(3)** Perishable Goods coverage and only as respects coverage for "power outage", the Exclusion section of the Coverage Form or Causes of Loss Form to which this endorsement is attached is deleted and replaced with the following exclusions. However, the exclusions for Earth Movement, Governmental Action, Nuclear Hazard, War and Military Action and Water do apply.

We will not pay for loss or damage caused by or resulting from:

**(1)** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**(3)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(a)** Lack of fuel, or

**(b)** Governmental order.

**(4)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**(5)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

The most we will pay for loss, damage or expense under **A. Additional Coverage – Equipment Breakdown** arising from any "one equipment breakdown" is the applicable Limit of Insurance in the Commercial Property Schedule unless otherwise shown in this endorsement or a "Schedule". Coverage provided under this endorsement does not provide an additional amount of insurance.

# CANNABIS EXCLUSION ENDORSEMENT
# ADVISORY NOTICE TO POLICYHOLDERS

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **THE PROVISIONS OF THE POLICY (INCLUDING ITS ENDORSEMENTS), SHALL PREVAIL.**

Carefully read your policy, including the endorsements attached to your policy.

This Notice provides information concerning the following new endorsement, which applies to your new or renewal policy being issued by us:

## CANNABIS EXCLUSION ENDORSEMENT CP7173(12-19)

This endorsement adds cannabis to **Property Not Covered**. With respect to direct physical loss of or damage to cannabis, the addition of cannabis to **Property Not Covered** represents a reinforcement of coverage intent.

If your policy includes coverage for Business Income and/or Extra Expense, with respect to the cannabis related activity addressed in this endorsement, this endorsement may be considered a reduction in coverage with respect to that part of Business Income loss and/or Extra Expense incurred, due to the suspension of your operations, attributable to such activity.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98            Copyright, Insurance Services Office, Inc., 1998            Page 1 of 1    □

IL 01 74 07 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES – APPRAISAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** Except as provided in **B.** below, the **Appraisal** Condition is replaced by the following:

### APPRAISAL

If we and you disagree on the value of the property or the amount of loss ("loss"), either party may make written demand for an appraisal of the loss. In this event, only the party which demanded the appraisal will be bound by the results of that appraisal.

Each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days after the written demand for an appraisal has been made. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, at the request of either you or us, and after notice of hearing to the nonrequesting party by certified mail, selection of the umpire will be made by a judge of a district court in the county where the loss ("loss") occurred. The appraisers will state separately the value of the property and amount of loss ("loss"). If the appraisers submit a written report of agreement to us, the amounts agreed upon will be the value of the property and the amount of loss ("loss") and will be binding on the party which demanded the appraisal. If the appraisers fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding on the party which demanded the appraisal. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**B.** The **Appraisal** Condition in the:

**1.** Business Income Coverage Form (And Extra Expense) **CP 00 30;**

**2.** Business Income Coverage Form (Without Extra Expense) **CP 00 32;** and

**3.** Capital Assets Program Coverage Form (Output Policy), **OP 00 01**, Paragraph **A.7.** Business Income And Extra Expense

is replaced by the following:

### APPRAISAL

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either party may make written demand for an appraisal of the loss. In this event, only the party which demanded the appraisal will be bound by the results of that appraisal.

Each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days after the written demand for an appraisal has been made. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, then, at the request of either you or us, and after notice of hearing to the nonrequesting party by certified mail, selection of the umpire will be made by a judge of a district court in the county where the loss occurred. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If the appraisers submit a written report of agreement to us, the amounts agreed upon will be the value of the property and the amount of loss and will be binding on the party which demanded the appraisal. If the appraisers fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding on the party which demanded the appraisal. Each party will:

**(1)** Pay its chosen appraiser; and

**(2)** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

IL 01 74 07 05 © ISO Properties, Inc., 2004 Page 1 of 1

INTERLINE
IL 01 77 10 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

A. When this endorsement is attached to the **Standard Property Policy CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B. The **Concealment, Misrepresentation Or Fraud** condition is replaced by the following:

Except as provided in Paragraphs **C.** and **D.**, we do not provide coverage in any case of fraud by you as it relates to this Coverage Part at any time. We also do not provide coverage if you or any other insured ("insured"), at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

C. The **Concealment, Misrepresentation Or Fraud** condition in the Commercial Auto Coverage Part is replaced by the following:

We do not provide coverage in any case of fraud by you at any time as it relates to this Coverage Part. We also do not provide coverage if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The covered "auto";

3. Your interest in the covered "auto"; or

4. A claim under this Coverage Part.

However, this provision does not apply, but only up to the compulsory or financial responsibility limits required by Oklahoma law, if an "accident" results in a third party liability claim against the "insured" under this Coverage Part.

D. Under the Kidnap/Ransom And Extortion Coverage Form, the **Concealment, Misrepresentation Or Fraud** condition is replaced by the following:

We do not provide coverage in any case of fraud by you as it relates to this insurance at any time. We also do not provide coverage if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This insurance;

2. A person insured under this insurance;

3. The "property" covered under this insurance;

4. Your interest in the "property" covered under this insurance; or

5. A claim under this insurance.

IL 01 77 10 10

© Insurance Services Office, Inc., 2010

Page 1 of 1

IL 01 79 10 02

# OKLAHOMA NOTICE

The following statement is added to the policy:

**WARNING:**

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy, containing any false, incomplete or misleading information, is guilty of a felony.

© ISO Properties, Inc., 2002

IL 02 36 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OKLAHOMA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

After coverage has been in effect for more than 45 business days or after the effective date of a renewal of this policy, no notice of cancellation will be issued by us unless it is based on at least one of the following reasons:

   (1) Nonpayment of premium;

   (2) Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted under it;

   (3) Discovery of willful or reckless acts or omissions by you that increase any hazard insured against;

   (4) The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued or renewed;

(5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any covered property or its occupancy that substantially increases any hazard insured against;

(6) A determination by the Insurance Commissioner that the continuation of the policy would place us in violation of the insurance laws of this state;

(7) Your conviction of a crime having as one of its necessary elements an act increasing any hazard insured against; or

(8) Loss of or substantial changes in applicable reinsurance.

B. The following are added to the Common Policy Conditions and supersede any provisions to the contrary:

1. **Nonrenewal**

   a. If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured at least 45 days before:

      (1) The expiration date of this policy; or

      (2) An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

IL 02 36 09 07

© ISO Properties, Inc., 2006

**b.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us.

**c.** If notice is mailed:

(1) It will be considered to have been given to the first Named Insured on the day it is mailed.

(2) Proof of mailing will be sufficient proof of notice.

**d.** If notice of nonrenewal is **not** mailed or delivered at least 45 days before the expiration date or an anniversary date of this policy, coverage will remain in effect until 45 days after notice is given. Earned premium for such extended period of coverage will be calculated pro rata based on the rates applicable to the expiring policy.

**e.** We will **not** provide notice of nonrenewal if:

(1) We, or another company within the same insurance group, have offered to issue a renewal policy; or

(2) You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

**f.** If we have provided the required notice of nonrenewal as described in **B.1.a.** above, and thereafter extend the policy for a period of 90 days or less, we will **not** provide an additional nonrenewal notice with respect to the period of extension.

**2. Premium Or Coverage Changes At Renewal**

**a.** If we elect to renew this policy, we will give written notice of any premium increase, change in deductible, or reduction in limits or coverage, to the first Named Insured, at the last mailing address known to us.

**b.** Any such notice will be mailed or delivered to the first Named Insured at least 45 days before:

(1) The expiration date of this policy; or

(2) An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

**c.** If notice is mailed:

(1) It will be considered to have been given to the first Named Insured on the day it is mailed.

(2) Proof of mailing will be sufficient proof of notice.

**d.** If the first Named Insured accepts the renewal, the premium increase or coverage changes will be effective the day following the prior policy's expiration or anniversary date.

**e.** If notice is **not** mailed or delivered at least 45 days before the expiration date or anniversary date of this policy, the premium, deductible, limits and coverage in effect prior to the changes will remain in effect until:

(1) 45 days after notice is given; or

(2) The effective date of replacement coverage obtained by the insured;

whichever occurs first.

If the first Named Insured then elects **not** to renew, any earned premium for the resulting extended period of coverage will be calculated pro rata at the lower of the new rates or rates applicable to the expiring policy.

**f.** We will **not** provide notice of the following:

(1) Changes in a rate or plan filed pursuant to the Property and Casualty Competitive Loss Cost Rating Act applicable to an entire class of business;

(2) Changes which are based upon the altered nature or extent of the risk insured; or

(3) Changes in policy forms filed with or approved by the Insurance Commissioner and applicable to an entire class of business.

© ISO Properties, Inc., 2006

IL 02 36 09 07    □

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

## A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 01 15                    © Insurance Services Office, Inc., 2015                    Page 1 of 1



 **Employers Mutual
Casualty Company**

**NONASSESSABLE POLICY — MUTUAL PROVISIONS**

Corporate Office, Des Moines, Iowa

The Insured shall not be liable for any assessment under this policy.

By acceptance of this policy the Named Insured becomes a member of the Company and shall be entitled to vote at all meetings of the Company, and shall upon termination of this policy, participate in the distribution of dividends as fixed and determined by the directors in accordance with law. The annual meeting of the members is held at the Corporate Office of the Company in Des Moines, Iowa, at 9:30 a.m. Central Time, on the second Wednesday in February of each year.

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Todd A. Strother, Secretary

Scott R. Jean, President

---

**EMC** | **EMCASCO
Insurance Company**

Corporate Office, Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Doug Van Zanten, Secretary

Scott R. Jean, President

---

**EMC** | **Union Insurance
Company of Providence**

Corporate Office, Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Doug Van Zanten, Secretary

Scott R. Jean, President

---

**EMC** | **Illinois EMCASCO
Insurance Company**

Corporate Office, Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Doug Van Zanten, Secretary

Scott R. Jean, President

---

**EMC** | **Dakota Fire
Insurance Company**

Corporate Office, Bismarck, North Dakota

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Doug Van Zanten, Secretary

Scott R. Jean, President

IL7004 (3-20)

Page 1 of 2

 **EMC** | EMC Property &
Casualty Company

Corporate Office, Des Moines, Iowa

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Doug Van Zanten, Secretary

Scott R. Jean, President

 **EMC** | Employers Mutual
Casualty Company

## MUTUALS—MEMBERSHIP AND VOTING NOTICE

Corporate Office, Des Moines, Iowa (Applicable in the State of Texas)

The Insured is notified that by virtue of this policy, the Insured is a member of the Employers Mutual Casualty Company of Des Moines, Iowa, and is entitled to vote either in person or by proxy at any and all meetings of said Company. The Annual Meetings are held in its Corporate Office, Des Moines, Iowa, on the second Wednesday of February, in each year, at 9:30 a.m. Central Time.

## MUTUALS—PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY

No Contingent Liability: This policy is non-assessable. The policyholder is a member of the Company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law, in the distribution of dividends so fixed and determined.

IN WITNESS WHEREOF, this Company has executed and attested these presents.

Todd A. Strother, Secretary

Scott R. Jean, President

IL7004 (3-20)

Page 2 of 2

IL 73 06 08 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

  **a.** Any of the following, whether belonging to any insured or to others:

    **(1)** Computer hardware, including micro-processors;

    **(2)** Computer application software;

    **(3)** Computer operating systems and related software;

    **(4)** Computer networks;

    **(5)** Microprocessors (computer chips) not part of any computer system;

    **(6)** Any other computerized or electronic equipment or components; or

  **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

  **a.** In a "Specified Cause of Loss," or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form or the Covered Cause of Loss Section; or

  **b.** In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes Of Loss – Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss," elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1998

Form IL7306 (Ed. 8-98)

**COMMERCIAL INTERLINE**

# OKLAHOMA COMPANY ELIMINATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
BUSINESSOWNERS COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL UMBRELLA COVERAGE FORM
LAW ENFORCEMENT LIABILITY COVERAGE FORM
LINEBACKER PUBLIC OFFICIALS AND EMPLOYMENT PRACTICES LIABILITY COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
WORKERS COMPENSATION COVERAGE FORM

The Oklahoma Insurance Department requires the company to explain by this endorsement that:

**Employers Mutual Casualty Company,**

**EMCASCO Insurance Company,**

**Union Insurance Company of Providence and**

**EMC Property & Casualty Company**

are licensed to do insurance business in Oklahoma, but;

**Dakota Fire Insurance Company,**

**Illinois EMCASCO Insurance Company and**

**Hamilton Mutual Insurance Company**

are not licensed companies in Oklahoma and reference to such is hereby deleted from the policy.

This endorsement in no way affects the coverage under the policy/bond to which it is attached but is intended only to clarify the name of the issuing company.

IL7615(11-18)

Page 1 of 1

2



### Signature Adjustment Group

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@sagllc.com

| | | | |
|---|---|---|---|
| Insured: | ABP Properties LLC | Home: | (405) 808-1985 |
| Property: | 1300, 13916, and 13924 Wireless Way | E-mail: | smglaurens@gmail.com |
| | Oklahoma City, OK 73142 | | |

Claim Rep.: Jon Paul Bullock       Business: (214) 893-0603
Position: General Adjuster        E-mail: jp.bullock@sagllc.com
Business: 503 E Nifong Blvd, #146
Columbia, MO 65201

Estimator: Jon Paul Bullock       Business: (214) 893-0603
Position: General Adjuster        E-mail: jp.bullock@sagllc.com
Business: 503 E Nifong Blvd, #146
Columbia, MO 65201

Reference: David Oberkrieser       E-mail: wichita.claims@emcins.com
Company: Employers Mutual Casualty Company
Business: 717 Mulberry Street
Des Moines, IA 50306

**Claim Number:** Z01855877       **Policy Number:** 6A06339       **Type of Loss:** Hail

Date Contacted: 8/30/2024 12:00 AM
Date of Loss: 4/19/2023 12:00 AM       Date Received: 8/29/2024 12:00 AM
Date Inspected: 9/12/2024 12:00 AM       Date Entered: 9/16/2024 9:42 PM

Price List: OKOC8X_SEP24
Restoration/Service/Remodel
Estimate: ABP_PROPERTIES

**NOTICE:** This is an estimate of damage only and not an offer of settlement. This estimate of damage is subject to the review and approval by the insurance company. This is not an authorization of repair, nor is it a guarantee of payment. No adjuster or appraiser has the authority to authorize repair or guarantee payment. Your policy may contain terms, limitations or conditions, which may impact this estimate. Pending approval, neither the insurer nor its representatives assume responsibility for repairs.

<div style="border:1px solid black">

**EXHIBIT**

**2**

</div>



## Signature Adjustment Group

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@isagllc.com

### ABP_PROPERTIES

#### Main Level



### Roof3

| 20501.62 Surface Area | 205.02 Number of Squares |
|---|---|
| 1280.55 Total Perimeter Length | |
| 74.78 Total Hip Length | |

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| "Depreciation was applied to the estimate due to the age and condition of the property" | | | | | | | | | |
| 1. Remove Flash parapet wall only - bitumen - up to 3' | | | | | | | | | |
| 1,488.55 LF | 2.15 | 0.00 | 640.08 | 3,840.46 | 0/20 yrs | Avg. | NA | (0.00) | 3,840.46 |
| 2. Remove Insulation - ISO board, 4" | | | | | | | | | |
| 205.02 SQ | 57.29 | 0.00 | 2,349.12 | 14,094.72 | 0/150 yrs | Avg. | NA | (0.00) | 14,094.72 |
| 3. Remove Fiberboard - 1" | | | | | | | | | |
| 20,501. SF 62 | 0.66 | 0.00 | 2,706.22 | 16,237.29 | 0/20 yrs | Avg. | NA | (0.00) | 16,237.29 |
| 4. Tear off, haul and dispose of 4 ply built-up roofing | | | | | | | | | |
| 205.02 SQ | 79.04 | 0.00 | 3,240.96 | 19,445.74 | 0/30 yrs | Avg. | NA | (0.00) | 19,445.74 |
| 5. Tear off, haul and dispose of modified bitumen roofing | | | | | | | | | |
| 205.02 SQ | 54.45 | 0.00 | 2,232.66 | 13,396.00 | 14/20 yrs | Avg. | NA | (0.00) | 13,396.00 |
| 6. Insulation - ISO board, 4" | | | | | | | | | |
| 205.02 SQ | 493.23 | 4,270.62 | 21,078.52 | 126,471.15 | 14/150 yrs | Avg. | 9.33% | (9,836.64) | 116,634.51 |
| 7. Fiberboard - 1" | | | | | | | | | |
| 20,501. SF 62 | 1.30 | 1,040.46 | 5,538.52 | 33,231.09 | 14/20 yrs | Avg. | 70% | (19,384.80) | 13,846.29 |
| 8. Modified bitumen roof | | | | | | | | | |
| 205.02 SQ | 442.94 | 2,777.36 | 18,717.80 | 112,306.72 | 14/20 yrs | Avg. | 70% | (65,512.24) | 46,794.48 |
| 9. Flash parapet wall only - bitumen - up to 3' | | | | | | | | | |
| 1,488.55 LF | 14.77 | 571.79 | 4,511.54 | 27,069.21 | 14/20 yrs | Avg. | 70% | (15,790.37) | 11,278.84 |
| 10. R&R Aluminum termination bar / flashing for membrane roofs | | | | | | | | | |
| 1,280.55 LF | 3.32 | 78.43 | 865.98 | 5,195.84 | 14/35 yrs | Avg. | 40% | (1,409.24) | 3,786.60 |
| 11. R&R Pitch pan / pocket - up to 6" x 6" x 4" - galvanized | | | | | | | | | |
| 15.00 EA | 134.46 | 65.53 | 416.50 | 2,498.93 | 14/35 yrs | Avg. | 40% | (671.51) | 1,827.42 |
| 12. Install Rigid conduit, 1" | | | | | | | | | |
| 140.00 LF | 10.11 | 0.00 | 283.08 | 1,698.48 | 14/100 yrs | Avg. | 14% | (198.16) | 1,500.32 |
| 13. Prime & paint pipe, 1" to 3" diameter | | | | | | | | | |
| 472.00 LF | 0.69 | 4.96 | 66.14 | 396.78 | 14/15 yrs | Avg. | 93.33% | (308.60) | 88.18 |
| 14. Black or Galvanized pipe - Detach & reset | | | | | | | | | |
| 472.00 LF | 21.46 | 0.00 | 2,025.82 | 12,154.94 | 14/NA | Avg. | 0% | (0.00) | 12,154.94 |
| 15. Flashing - pipe jack - lead | | | | | | | | | |
| 6.00 EA | 81.91 | 26.11 | 103.52 | 621.09 | 14/35 yrs | Avg. | 40% | (207.02) | 414.07 |

ABP_PROPERTIES



## Signature Adjustment Group

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@sagllc.com

**CONTINUED - Roof3**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 16. R&R Skylight flashing kit - dome - Large | | | | | | | | | |
| 4.00 EA | 146.50 | 40.02 | 125.20 | 751.22 | 14/15 yrs | Avg. | 93.33% | (554.16) | 197.06 |
| 17. Roof drain cover - Detach & reset | | | | | | | | | |
| 6.00 EA | 48.52 | 0.00 | 58.22 | 349.34 | 14/NA | Avg. | 0% | (0.00) | 349.34 |
| 18. Packaged gas furnace & AC unit - Detach & reset | | | | | | | | | |
| 13.00 EA | 1,346.64 | 0.00 | 3,501.26 | 21,007.58 | 0/NA | Avg. | 0% | (0.00) | 21,007.58 |
| **Totals: Roof3** | | **8,875.28** | **68,461.14** | **410,766.58** | | | | **113,872.74** | **296,893.84** |

**Front Elevation**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 19. Copper work (Bid Item)* | | | | | | | | | |
| 1.00 EA | 99,091.75 | 0.00 | 19,818.36 | 118,910.11 | 0/NA | Avg. | 25% [%] | (24,772.94) | 94,137.17 |
| **Totals: Front Elevation** | | **0.00** | **19,818.36** | **118,910.11** | | | | **24,772.94** | **94,137.17** |
| **Total: Main Level** | | **8,875.28** | **88,279.50** | **529,676.69** | | | | **138,645.68** | **391,031.01** |

**General Conditions**

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 20. Dumpster load - Approx. 30 yards, 5-7 tons of debris | | | | | | | | | |
| 8.00 EA | 610.52 | 0.00 | 976.84 | 5,861.00 | 0/NA | Avg. | NA | (0.00) | 5,861.00 |
| 21. Telehandler/forklift (per month) - no operator | | | | | | | | | |
| 1.00 MO | 3,131.06 | 0.00 | 626.22 | 3,757.28 | 0/NA | Avg. | 0% | (0.00) | 3,757.28 |
| **Totals: General Conditions** | | **0.00** | **1,603.06** | **9,618.28** | | | | **0.00** | **9,618.28** |
| **Line Item Totals: ABP_PROPERTIES** | | **8,875.28** | **89,882.56** | **539,294.97** | | | | **138,645.68** | **400,649.29** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

ABP_PROPERTIES

1/15/2025        Page: 3



**Signature Adjustment Group**

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@sagllc.com

## Grand Total Areas:

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 2,015.56 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| 20,501.62 Surface Area | 205.02 Number of Squares | 1,280.55 Total Perimeter Length |
| 0.00 Total Ridge Length | 74.78 Total Hip Length | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Loc 1 Bldg 1 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc 2 Bldg 1 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc 3 Bldg 1 | 539,294.97 | 100.00% | 400,649.29 | 100.00% |
| Total | 539,294.97 | 100.00% | 400,649.29 | 100.00% |

ABP_PROPERTIES



**Signature Adjustment Group**

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@sagllc.com

## Summary for Loc 3 Bldg 1

| | |
|---|---:|
| Line Item Total | 440,537.13 |
| Material Sales Tax | 8,875.28 |
| Subtotal | 449,412.41 |
| Overhead | 44,941.28 |
| Profit | 44,941.28 |
| **Replacement Cost Value** | **$539,294.97** |
| Less Depreciation | (138,645.68) |
| **Actual Cash Value** | **$400,649.29** |
| Less Deductible | (31,861.68) |
| **Net Claim** | **$368,787.61** |
| Total Recoverable Depreciation | 138,645.68 |
| **Net Claim if Depreciation is Recovered** | **$507,433.29** |

Jon Paul Bullock
General Adjuster

ABP_PROPERTIES

1/15/2025          Page: 5



**Signature Adjustment Group**

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@sagllc.com

## Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (8.75%) | Manuf. Home Tax (8.75%) | Storage Rental Tax (8.75%) |
|---|---|---|---|---|---|
| Line Items | 44,941.28 | 44,941.28 | 8,875.28 | 0.00 | 0.00 |
| Total | 44,941.28 | 44,941.28 | 8,875.28 | 0.00 | 0.00 |

ABP_PROPERTIES

1/15/2025          Page: 6



**Signature Adjustment Group**

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@sagllc.com

## Recap by Room

**Estimate: ABP_PROPERTIES**

**Area: Main Level**
**Roof3**
|  |  |  |  |
|---|---|---|---|
|  |  | **333,430.16** | **75.69%** |
| Coverage: Loc 3 Bldg 1 | 100.00% = | 333,430.16 |  |
| **Front Elevation** |  | **99,091.75** | **22.49%** |
| Coverage: Loc 3 Bldg 1 | 100.00% = | 99,091.75 |  |
| **Area Subtotal:  Main Level** |  | **432,521.91** | **98.18%** |
| Coverage: Loc 3 Bldg 1 | 100.00% = | 432,521.91 |  |
| **General Conditions** |  | **8,015.22** | **1.82%** |
| Coverage: Loc 3 Bldg 1 | 100.00% = | 8,015.22 |  |
| **Subtotal of Areas** |  | **440,537.13** | **100.00%** |
| Coverage: Loc 3 Bldg 1 | 100.00% = | 440,537.13 |  |
| **Total** |  | **440,537.13** | **100.00%** |



**Signature Adjustment Group**

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@sagllc.com

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **GENERAL DEMOLITION** | | | **61,972.01** | | **61,972.01** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 61,972.01 | | |
| **ELECTRICAL** | | | **1,415.40** | **198.16** | **1,217.24** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 1,415.40 | | |
| **HEAVY EQUIPMENT** | | | **3,131.06** | | **3,131.06** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 3,131.06 | | |
| **HEAT, VENT & AIR CONDITIONING** | | | **17,506.32** | | **17,506.32** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 17,506.32 | | |
| **METAL STRUCTURES & COMPONENTS** | | | **99,091.75** | **24,772.94** | **74,318.81** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 99,091.75 | | |
| **PLUMBING** | | | **10,129.12** | | **10,129.12** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 10,129.12 | | |
| **PAINTING** | | | **325.68** | **303.97** | **21.71** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 325.68 | | |
| **ROOFING** | | | **246,412.07** | **109,272.49** | **137,139.58** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 246,412.07 | | |
| **WINDOWS - SKYLIGHTS** | | | **553.72** | **516.81** | **36.91** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 553.72 | | |
| **O&P Items Subtotal** | | | **440,537.13** | **135,064.37** | **305,472.76** |
| **Material Sales Tax** | | | **8,875.28** | **3,581.31** | **5,293.97** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 8,875.28 | | |
| Overhead | | | **44,941.28** | | **44,941.28** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 44,941.28 | | |
| Profit | | | **44,941.28** | | **44,941.28** |
| Coverage: Loc 3 Bldg 1 | @ | 100.00% = | 44,941.28 | | |
| **Total** | | | **539,294.97** | **138,645.68** | **400,649.29** |



Main Level

Main Level          Page: 9

1/15/2025

ABP_PROPERTIES



**Signature Adjustment Group**

503 E. Nifong Blvd. #146
Columbia, MO 65201-3717
(877)SAG-LLC1
homeoffice@sagllc.com

## Sketch Roof Annotations

**Main Level**

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 9,619.91 | 96.20 | 0.00 |
| F2 | 1,280.44 | 12.80 | 1.09 |
| F3 | 4,306.34 | 43.06 | 0.83 |
| F4 | 4,842.60 | 48.43 | 0.49 |
| F5 | 9.68 | 0.10 | 1.00 |
| F6 | 9.68 | 0.10 | 1.00 |
| F7 | 9.68 | 0.10 | 1.00 |
| F8 | 9.68 | 0.10 | 1.00 |
| F9 | 9.68 | 0.10 | 1.00 |
| F10 | 9.68 | 0.10 | 1.00 |
| F11 | 9.68 | 0.10 | 1.00 |
| F12 | 9.68 | 0.10 | 1.00 |
| F13 | 9.68 | 0.10 | 1.00 |
| F14 | 9.68 | 0.10 | 1.00 |
| F15 | 9.68 | 0.10 | 1.00 |
| F16 | 9.68 | 0.10 | 1.00 |
| F17 | 336.18 | 3.36 | 2.98 |
| **Estimated Total:** | **20,501.62** | **205.02** | |